## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| KEVIN W. CULP, *et al*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 3:14-CV-3320 |
| LISA MADIGAN, *et al.*, | ) ) ) |
| Defendants. | ) |

### F.R.CIV.P. 7.1 CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF ILLINOIS CARRY

Plaintiff ILLINOIS CARRY, by and through its undersigned counsel, discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it has no parent company and that no publicly traded company owns 10% or more of its shares.

Dated:  October 23, 2014

By:    /s/ David G. Sigale<br>Attorney for Plaintiffs

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
630.452.4547
dsigale@sigalelaw.com