UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

KEVIN W. CULP, et al.,               )
                                     )
    Plaintiff,                       )
                                     )
vs.                                  )     Civil Action No.:  14-3320
                                     )
LISA MADIGAN, et al.,                )
                                     )
    Defendants.                      )

## MOTION FOR EXTENSION OF TIME

NOW COME Defendants, LISA MADIGAN, in her Official Capacity as Attorney General of the State of Illinois, HIRAM GRAU, in his Official Capacity as Director of the Illinois State Police, and JESSICA TRAME, in her Official Capacity as Bureau Chief of the Illinois State Police Firearms Services Bureau, by and through their attorney, Lisa Madigan, Attorney General of Illinois, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby move for an extension of time to answer or otherwise respond to the complaint, stating as follows:

    1.    According to the docket, Defendants' answers in this case are due as early as December 29, 2014.

    2.    The undersigned requires additional time to confer with his clients for the purpose of adequately responding to the issues and facts alleged in the complaint.

    3.    In addition to absences from the office for state and federal holidays, the undersigned will be out of the state from January 5, 2015 through January 9, 2015.

    4.    Accordingly, Defendants request an extension of 30 days, up to and including January 28, 2015, in which to answer or otherwise respond to the complaint.

5. This motion is not submitted for the purpose of delay, but for the purpose of preparing an adequate defense and in the interest of justice.

6. Defendants do not believe that Plaintiffs will be prejudiced by the granting of this motion.

7. On December 26, 2014, the undersigned contacted Mr. Sigale, counsel for Plaintiffs, to inform him of Defendants' request. As of the time this motion was submitted for filing, the undersigned was unable to determine whether Plaintiffs have an objection to the motion.

WHEREFORE, Defendants request this honorable Court grant Defendants an extension of 30 days, up to and including January 28, 2015, in which to answer or otherwise respond to the complaint.

    Respectfully submitted,

    LISA MADIGAN, Attorney General of the State of Illinois, HIRAM GRAU, Director of the Illinois State Police, and JESSICA TRAME, Bureau Chief of the Illinois State Police Firearms Services Bureau,

    Defendants,

    LISA MADIGAN, Attorney General, State of Illinois

    By: s/ Joshua D. Ratz
        Joshua D. Ratz, # 6293615
        Assistant Attorney General
        500 South Second Street
        Springfield, IL 62706
        Phone: (217) 782-2077
        Fax: (217) 524-5091
        E-Mail: jratz@atg.state.il.us

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KEVIN W. CULP, et al., | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil Action No.: 14-3320 |
| LISA MADIGAN, et al., | ) ) ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2014, the foregoing Defendants' Motion for Extension of Time was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing(s) to the following:

    David G. Sigale                    dsigale@sigalelaw.com

and I hereby certify that on December 29, 2014, I mailed by United States Postal Service, the document to the following non-registered participants:

                                  None.

Respectfully submitted,

s/ Joshua D. Ratz
Joshua D. Ratz, Bar Number 6293615
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
Phone: (217) 782-2077
Fax: (217) 524-5091
E-Mail: jratz@atg.state.il.us