E-FILED
Wednesday, 05 August, 2015  11:49:50 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| KEVIN W. CULP, MARLOW DAVIS, ) <br> FREDDIE REED-DAVIS, ) <br> DOUGLAS W. ZYLSTRA, ) <br> JOHN S. KOLLER, STEVE STEVENSON, ) <br> PAUL HESLIN, MARLIN MANGELS, ) <br> GUS C. BROWNE II, ) <br> JEANELLE WESTROM, ) <br> SECOND AMENDMENT FOUNDATION, ) <br> INC., ILLINOIS CARRY and ) <br> ILLINOIS STATE RIFLE ASSOCIATION, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> LISA MADIGAN, in her Official Capacity ) <br> as Attorney General of the State of Illinois; ) <br> HIRAM GRAU, in his Official Capacity as ) <br> Director of the Illinois State Police, and ) <br> JESSICA TRAME, as Bureau Chief of the ) <br> Illinois State Police Firearms Services ) <br> Bureau, ) <br> ) <br> Defendants. ) | Case No. 3:14-CV-3320-SEM-TSH |

### DECLARATION OF MARLIN MANGELS

I, Marlin Mangels, am competent to state, and declare the following based on my personal knowledge:

1. I am a resident of the City of Keokuk, State of Iowa. I possess an Iowa driver's license and an Iowa license to carry a concealed weapon, as well as concealed carry licenses from Utah and Arizona. Keokuk is just across the Mississippi River from Hamilton, Illinois. I frequently ride my bicycle up the River Road in Illinois, eats in restaurants in Hamilton, Illinois, travel to see my wife's

family in the Chicago area, and travel I-80 through Illinois to visit friends in Massachusetts.

2. I am allowed to possess a firearm in Illinois only on my premises, or on someone else's premises with permission, but I am prohibited by 430 ILCS 66/40 from obtaining a concealed carry permit, and thus carrying a handgun in a concealed manner for self-defense.

3. I am otherwise qualified to apply for a concealed carry permit in Illinois, except for 430 ILCS 66/40.

4. I would carry a loaded and functional concealed handgun in public for self-defense, but I refrain from doing so because I fear arrest, prosecution, fine, and imprisonment as I understand it is unlawful for non-residents from Iowa to carry a concealed handgun in Illinois, or even to apply for a license to do so.

5. I am a member of the Second Amendment Foundation, Illinois State Rifle Association, and Illinois Carry.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 2 day of June, 2015.

_M. Mangels_
Marvin Mangels