## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| KEVIN W. CULP, MARLOW DAVIS,<br>FREDDIE REED-DAVIS,<br>DOUGLAS W. ZYLSTRA,<br>JOHN S. KOLLER, STEVE STEVENSON,<br>PAUL HESLIN, MARLIN MANGELS,<br>GUS C. BROWNE II,<br>JEANELLE WESTROM,<br>SECOND AMENDMENT FOUNDATION,<br>INC., ILLINOIS CARRY and<br>ILLINOIS STATE RIFLE ASSOCIATION,<br><br>       Plaintiffs,<br>v.<br><br>LISA MADIGAN, in her Official Capacity<br>as Attorney General of the State of Illinois;<br>HIRAM GRAU, in his Official Capacity as<br>Director of the Illinois State Police, and<br>JESSICA TRAME, as Bureau Chief of the<br>Illinois State Police Firearms Services<br>Bureau,<br><br>       Defendants. | Case No. 3:14-CV-3320-SEM-TSH |

## DECLARATION OF TIM BOWYER

I, Tim Bowyer, am competent to state, and declare the following based on my personal knowledge:

1. I am the President of Illinois Carry.

2. Illinois Carry is a non-profit membership organization incorporated under the laws of Illinois with its principal place of business in Shelbyville, Illinois. Illinois Carry has over 10,000 members and supporters in Illinois, and many members outside the State of Illinois. Illinois Carry is dedicated to the preservation of Second Amendment rights. Among Illinois Carry's purposes are educating the public about Illinois laws governing the purchase and transportation of firearms, aiding the public in every way in its power, and supporting and defending the people's right to keep and bear arms, including the right of its members and the public to purchase, possess, and carry firearms.

3.      Illinois Carry has individual members and supporters who are adversely impacted by 430 ILCS 66/40.

4.      But for the criminal enactments challenged in this complaint, Illinois Carry members who are non-residents of Illinois, who nonetheless work in, travel to, and spend significant amounts of time within Illinois would apply for concealed carry permits in order to carry concealed firearms for their own defense, but they refrain from carrying concealed firearms for fear of arrest, prosecution, fine and incarceration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the _2nd_ day of June, 2015.

Tim Bowyer