IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

KEVIN W. CULP, MARLOW DAVIS,　　　)
FREDDIE REED-DAVIS,　　　　　　　　)
DOUGLAS W. ZYLSTRA,　　　　　　　　)
JOHN S. KOLLER, STEVE STEVENSON, )
PAUL HESLIN, MARLIN MANGELS,　　　)
GUS C. BROWNE II,　　　　　　　　　 )
JEANELLE WESTROM,　　　　　　　　　)
SECOND AMENDMENT FOUNDATION, )
INC., ILLINOIS CARRY and　　　　　　 )
ILLINOIS STATE RIFLE ASSOCIATION, )
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiffs,　　　　　　 )
v.　　　　　　　　　　　　　　　　　　　) Case No. 3:14-CV-3320-SEM-TSH
　　　　　　　　　　　　　　　　　　　　)
LISA MADIGAN, in her Official Capacity )
as Attorney General of the State of Illinois; )
HIRAM GRAU, in his Official Capacity as )
Director of the Illinois State Police, and　　)
JESSICA TRAME, as Bureau Chief of the )
Illinois State Police Firearms Services　　　)
Bureau,　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendants.　　　　　　 )

## DECLARATION OF KEVIN W. CULP

I, Kevin W. Culp, am competent to state, and declare the following based on my personal knowledge:

1. I am a resident of the City of Blairsville, State of Pennsylvania.

2. I am an Air Force Colonel stationed on orders at Scott Air Force Base near Belleville, Illinois, but I am a legal resident of Pennsylvania who possesses a Pennsylvania driver's license and Pennsylvania license to carry a concealed weapon, as well as a concealed carry license from Florida.

3. I possess an Illinois FOID card. I am also a Basic Pistol Instructor and a certified Illinois Concealed Carry Licensing Instructor.

4. I am allowed to possess and carry a firearm in Illinois on my premises, or on someone else's premises with permission, but I am prohibited by 430 ILCS 66/40 from obtaining a concealed carry license, and thus carrying a concealed handgun in public for self-defense.

5. I am otherwise qualified to apply for a concealed carry license in Illinois, except for 430 ILCS 66/40.

6. I would carry a loaded and functional concealed handgun in public for self-defense, but I refrain from doing so because I fear arrest, prosecution, fine, and imprisonment as I understand it is unlawful for non-residents from Pennsylvania to carry a concealed handgun in Illinois, and I am unable to even apply for a license to do so.

7. I am a member of the Second Amendment Foundation, Illinois State Rifle Association, and Illinois Carry.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 20th day of ~~June,~~ July 2015.

_____
Kevin W. Culp