IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

KEVIN W. CULP, MARLOW DAVIS,       )
FREDDIE REED-DAVIS,                )
DOUGLAS W. ZYLSTRA,                )
JOHN S. KOLLER, STEVE STEVENSON,   )
PAUL HESLIN, MARLIN MANGELS,       )
GUS C. BROWNE II,                  )
JEANELLE WESTROM,                  )
SECOND AMENDMENT FOUNDATION,       )
INC., ILLINOIS CARRY and           )
ILLINOIS STATE RIFLE ASSOCIATION,  )
                                   )
              Plaintiffs,          )
v.                                 )   Case No. 3:14-CV-3320-SEM-TSH
                                   )
LISA MADIGAN, in her Official Capacity )
as Attorney General of the State of Illinois; )
HIRAM GRAU, in his Official Capacity as )
Director of the Illinois State Police, and )
JESSICA TRAME, as Bureau Chief of the )
Illinois State Police Firearms Services )
Bureau,                            )
                                   )
              Defendants.          )

## DECLARATION OF DOUGLAS W. ZYLSTRA

I, Douglas W. Zylstra, am competent to state, and declare the following based on my personal knowledge:

1.      I am a resident of the City of Munster, State of Indiana. I possess an Indiana driver's license and an Indiana license to carry a concealed weapon, as well as a concealed carry license and instructor certification from Utah. I am an Illinois State Police certified concealed carry instructor working for a firearm training company in Lansing, Illinois.

2.      I am allowed to possess a firearm in Illinois only on my premises, or on someone else's premises with permission, but I am prohibited by 430 ILCS 66/40 from obtaining a concealed carry permit, and thus carrying a handgun in a concealed manner for self-defense.

3.      I am otherwise qualified to apply for a concealed carry permit in Illinois, except for 430 ILCS 66/40.

4.      I would carry a loaded and functional concealed handgun in public for self-defense, but I refrain from doing so because I fear arrest, prosecution, fine, and imprisonment as I understand it is unlawful for non-residents from Indiana to carry a concealed handgun in Illinois, or even to apply for a license to do so.

5.      I am a member of the Second Amendment Foundation, Illinois State Rifle Association, and Illinois Carry.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 2nd day of June, 2015.

Douglas W. Zylstra