IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

KEVIN W. CULP, MARLOW DAVIS, )
FREDDIE REED-DAVIS, )
DOUGLAS W. ZYLSTRA, )
JOHN S. KOLLER, STEVE STEVENSON, )
PAUL HESLIN, MARLIN MANGELS, )
GUS C. BROWNE II, )
JEANELLE WESTROM, )
SECOND AMENDMENT FOUNDATION, )
INC., ILLINOIS CARRY and )
ILLINOIS STATE RIFLE ASSOCIATION, )
 )
          Plaintiffs, )
v. ) Case No. 3:14-CV-3320-SEM-TSH
 )
LISA MADIGAN, in her Official Capacity )
as Attorney General of the State of Illinois; )
HIRAM GRAU, in his Official Capacity as )
Director of the Illinois State Police, and )
JESSICA TRAME, as Bureau Chief of the )
Illinois State Police Firearms Services )
Bureau, )
 )
          Defendants. )

## DECLARATION OF JOHN S. KOLLER

I, John S. Koller, am competent to state, and declare the following based on my personal knowledge:

1. I am a resident of the City of Castle Rock, State of Colorado. I possess a Colorado driver's license and a Colorado license to carry a concealed weapon, as well as concealed carry licenses from Utah, Nevada and Arizona. I was born and raised in Chicago, Illinois, and still have family in the Chicago area, whom I visit. I also make periodic business trips to Illinois.

2. I am allowed to possess a firearm in Illinois only on my premises, or on someone else's premises with permission, but I am prohibited by 430 ILCS 66/40 from obtaining a concealed carry permit, and thus carrying a handgun in a concealed manner for self-defense.

3. I am otherwise qualified to apply for a concealed carry permit in Illinois, except for 430 ILCS 66/40.

4. I would carry a loaded and functional concealed handgun in public for self-defense, but I refrain from doing so because I fear arrest, prosecution, fine, and imprisonment as I understand it is unlawful for non-residents from Colorado to carry a concealed handgun in Illinois, or even to apply for a license to do so.

5. I am a member of the Second Amendment Foundation, Illinois State Rifle Association, and Illinois Carry.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 3rd day of June, 2015.

_____
John S. Koller