UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN W. CULP, et al., | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No.: 14-3320 |
| LISA MADIGAN, et al., | ) |
| Defendants. | ) |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION**

NOW COME Defendants, LISA MADIGAN, in her Official Capacity as Attorney General of the State of Illinois, HIRAM GRAU, in his Official Capacity as Director of the Illinois State Police, and JESSICA TRAME, in her Official Capacity as Bureau Chief of the Illinois State Police Firearms Services Bureau, by and through their attorney, Lisa Madigan, Attorney General of Illinois, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby move for an extension of time to respond to Plaintiffs' motion for preliminary injunction, stating as follows:

1. On August 5, 2015, Plaintiffs filed their motion for preliminary injunction (Doc. 17). In support of their motion, Plaintiffs filed a corrected memorandum of law (Doc. 20) consisting of 34 pages, not including the caption, table of contents, and service pages.

2. Defendants' response to Plaintiffs' motion and memorandum is due Monday, August 24, 2015.

3. Defendants require a short extension of time to confer regarding the issues raised in the motion for preliminary injunction and procure affidavits to adequately respond to Plaintiffs' motion.

4. Therefore, Defendants request a seven-day extension, up to and including August 31, 2015, in which to respond to the motion for preliminary injunction.

5. The undersigned contacted opposing counsel, who stated Plaintiffs have no objection to an additional seven days for Defendants to respond to the motion.

6. This motion is not submitted for the purpose of delay, but for the purpose of preparing an adequate defense in the interest of justice.

WHEREFORE, Defendants request this honorable Court grant Defendants an extension of 7 days, up to and including August 31, 2015, in which to respond to Plaintiffs' motion for preliminary injunction (Docs. 17; 20).

    Respectfully submitted,

    LISA MADIGAN, Attorney General of the State of Illinois, HIRAM GRAU, Director of the Illinois State Police, and JESSICA TRAME, Bureau Chief of the Illinois State Police Firearms Services Bureau,

    Defendants,

    LISA MADIGAN, Attorney General, State of Illinois,

    Attorney for Defendants,

By: s/ Joshua D. Ratz_____
    Joshua D. Ratz, # 6293615
    Assistant Attorney General
    500 South Second Street
    Springfield, IL 62706
    Phone: (217) 782-2077
    Fax: (217) 524-5091
    E-Mail: jratz@atg.state.il.us

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KEVIN W. CULP, et al., | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil Action No.:  14-3320 |
| LISA MADIGAN, et al., | ) ) ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2015, the foregoing *Defendants' Motion for Extension of Time to Respond to Motion for Preliminary Injunction* was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing(s) to the following:

    David G. Sigale               dsigale@sigalelaw.com

and I hereby certify that on August 20, 2015, I mailed by United States Postal Service, the document to the following non-registered participants:

    None.

Respectfully submitted,

s/ Joshua D. Ratz
Joshua D. Ratz, Bar Number 6293615
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
Phone: (217) 782-2077
Fax: (217) 524-5091
E-Mail: jratz@atg.state.il.us