**E-FILED**
Monday, 31 August, 2015  04:58:14 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KEVIN W. CULP, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No.: 14-3320 |
| | ) | |
| LISA MADIGAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO FILE *INSTANTER* OVERSIZED BRIEF**

NOW COME Defendants, by and through their attorney, Lisa Madigan, Attorney General

of Illinois, and hereby move for leave to file *instanter* an oversized brief, stating as follows:

1.      On August 5, 2015, Plaintiffs filed their motion for preliminary injunction (Doc.

17). In support of their motion, Plaintiffs filed a corrected memorandum of law (Doc. 20)

consisting of 34 pages, not including the caption, table of contents, and service pages.

2.      Per Local Rule 7.1(B)(4), memoranda in support of or opposition to a motion

other than a motion for summary judgment must not exceed fifteen pages, or must comply with

one of two type volume limitations: (1) the brief must not contain more than 7000 words or

45,000 characters; or (2) the brief must use monospace type and not contain more than 650 lines

of text.

3.      Defendants have made every effort to limit their brief in opposition to Plaintiffs'

motion to the requirements of Rule 7.1(B)(4), but are unable to do so while still adequately

addressing the issues of law and arguments raised in Plaintiffs' oversized brief.

4.      Defendants, therefore, request leave to file *instanter* their objection to Plaintiffs'

motion for preliminary injunction, attached hereto as Exhibit A, which consists of 27 pages,

8885 words, and 49,022 characters (58,073 characters with spaces counted), counting all

footnotes, headers, footers, page numbers, and the service page.[1]

WHEREFORE, Defendants request this honorable Court grant Defendants' leave to file

*instanter*, and direct the clerk to so file, Defendants' Objection to Plaintiffs' Motion for

Preliminary Injunction, which is attached to this motion as Exhibit A.

Respectfully submitted,

THE DEFENDANTS,

Joshua D. Ratz, # 6293615              LISA MADIGAN, Attorney General, State of
Assistant Attorney General             Illinois
500 South Second Street
Springfield, IL 62706                  By: s/ Joshua D. Ratz
Phone: (217) 557-0261                        Joshua D. Ratz, # 6293615
Fax: (217) 524-5091                          Assistant Attorney General
E-Mail: jratz@atg.state.il.us

---

[1] Defendants' Objection also contains an Exhibit 1, consisting of an affidavit and exhibits to the affidavit.

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

KEVIN W. CULP, et al.,                    )
                                          )
        Plaintiff,                        )
                                          )
vs.                                       )        Civil Action No.: 14-3320
                                          )
LISA MADIGAN, et al.,                     )
                                          )
        Defendants.                       )

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2015 the foregoing Motion to File *Instanter* Oversized Brief was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing(s) to the following:

David G. Sigale                    dsigale@sigalelaw.com


                                   Respectfully submitted,

                                   s/ Joshua D. Ratz
                                   Joshua D. Ratz, Bar Number 6293615
                                   Assistant Attorney General
                                   500 South Second Street
                                   Springfield, IL 62706
                                   Phone: (217) 557-0261
                                   Fax: (217) 524-5091
                                   E-Mail: jratz@atg.state.il.us