# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| KEVIN W. CULP, MARLOW DAVIS, <br> FREDDIE REED-DAVIS, <br> DOUGLAS W. ZYLSTRA, <br> JOHN S. KOLLER, STEVE STEVENSON, <br> PAUL HESLIN, MARLIN MANGELS, <br> GUS C. BROWNE II, <br> JEANELLE WESTROM, <br> SECOND AMENDMENT FOUNDATION, <br> INC., ILLINOIS CARRY and <br> ILLINOIS STATE RIFLE ASSOCIATION, <br><br> Plaintiffs, <br> v. <br><br> LISA MADIGAN, in her Official Capacity <br> as Attorney General of the State of Illinois; <br> HIRAM GRAU, in his Official Capacity as <br> Director of the Illinois State Police, and <br> JESSICA TRAME, as Bureau Chief of the <br> Illinois State Police Firearms Services <br> Bureau, <br><br> Defendants. | Case No. 3:14-CV-3320-SEM-TSH |

**PLAINTIFF GUS C. BROWNE, II'S F.R.CIV. P. 41(a)(1)(A)
AGREED MOTION TO VOLUNTARILY DISMISS**

COMES NOW the Plaintiff, GUS C. BROWNE II only, by and through undersigned counsel, and moves for the entry of an order, pursuant to F.R.Civ.P. 41(a)(1)(A), voluntarily dismissing him from this lawsuit, with the remainder of the Plaintiffs and their claims in this suit to proceed unaffected.

A Stipulation to this dismissal, pursuant to F.R.Civ.P. 41(a)(1)(A)(ii) is attached hereto.

Dated: September 11, 2015 Respectfully submitted,

By:  /s/ David G. Sigale  
      David G. Sigale

Attorney for Plaintiffs

David G. Sigale, Esq. (#6238103)  
LAW FIRM OF DAVID G. SIGALE, P.C.  
799 Roosevelt Road, Suite 207  
Glen Ellyn, IL 60137  
Tel:  630.452.4547  
Fax:  630.596.4445  
dsigale@sigalelaw.com