E-FILED
Friday, 11 September, 2015  03:06:41 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| KEVIN W. CULP, MARLOW DAVIS, | ) |
| FREDDIE REED-DAVIS, | ) |
| DOUGLAS W. ZYLSTRA, | ) |
| JOHN S. KOLLER, STEVE STEVENSON, | ) |
| PAUL HESLIN, MARLIN MANGELS, | ) |
| GUS C. BROWNE II, | ) |
| JEANELLE WESTROM, | ) |
| SECOND AMENDMENT FOUNDATION, | ) |
| INC., ILLINOIS CARRY and | ) |
| ILLINOIS STATE RIFLE ASSOCIATION, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:14-CV-3320-SEM-TSH |
| | ) |
| LISA MADIGAN, in her Official Capacity | ) |
| as Attorney General of the State of Illinois; | ) |
| HIRAM GRAU, in his Official Capacity as | ) |
| Director of the Illinois State Police, and | ) |
| JESSICA TRAME, as Bureau Chief of the | ) |
| Illinois State Police Firearms Services | ) |
| Bureau, | ) |
| | ) |
| Defendants. | ) |

## F.R.CIV. P. 41(a)(1)(A)(ii) STIPULATION TO DISMISS
## PLAINTIFF GUS C. BROWNE, II

Plaintiffs and Defendants, through their undersigned attorneys, hereby stipulate pursuant to F.R.Civ.P. 41(a)(1)(A) that Plaintiff Gus C. Browne, II, shall be voluntarily dismissed from this matter. The remainder of the parties and claims shall proceed unaffected.
.
Respectfully submitted this 11th day of September, 2015.


/s/ David G. Sigale                           /s/ Joshua D. Ratz
Law Firm of David G. Sigale, P.C.    Office of the Illinois Attorney General
Attorney for Plaintiffs                       Attorney for Defendants

## <u>CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING</u>

The undersigned certifies that:

1.     On September 11, 2015, the foregoing document was electronically filed with the District Court Clerk *via* CM/ECF filing system; and

2.     Pursuant to F.R.Civ.P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.


By:   /s/ David G. Sigale
          Attorney for Plaintiffs


David G. Sigale, Esq. (#6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
Tel:  630.452.4547
Fax:  630.596.4445
dsigale@sigalelaw.com

*Attorney for Plaintiffs*

2