E-FILED
Monday, 23 November, 2015  04:51:54 PM
Clerk, U.S. District Court, ILCD

STATE OF ILLINOIS          )          Culp v. Madigan, 14-3320
                               )
COUNTY OF SANGAMON    )          USDC-CDIL

## AFFIDAVIT

I, JESSICA TRAME, upon oath, depose and state that I have personal knowledge of the statements contained in this Affidavit; I understand the contents of this affidavit to be true and correct; I am competent to testify; and if called to testify, I would testify as follows:

1. I am employed as the Bureau Chief of the Firearms Services Bureau (FSB or Bureau) of the Illinois State Police (ISP) and have served in that capacity since February 2012.

2. In my capacity as Bureau Chief, I am responsible for administering the Firearm Owner's Identification (FOID) Program, the Firearms Transfer Inquiry Program, and the Concealed Carry Licensing (CCL) Program, and I am familiar with the protocols and procedures of each program.

3. To qualify for a CCL, an Illinois resident must be eligible for and currently have a valid FOID Card.  A non-resident does not need a valid FOID card to qualify for a CCL, but the Bureau is responsible for ensuring that a non-resident CCL applicant would meet the eligibility criteria to obtain a FOID card if he or she was an Illinois resident.  The goal is to ensure that residents and non-residents are subject to the same substantive requirements to qualify for a CCL.

## CCL Application Processing

4. In processing CCL applications, the Bureau performs an extensive background check on each applicant, as required by the FOID Card Act and Firearm Concealed Carry Act.

5. The first phase of the process is a quality check of the application to ensure the application is complete and not missing any required information. This step also includes verification of identity.

6. If there are no errors and the name, address, and other personal identifying information is validated, the application is moved to the eligibility determination phase. A background check is performed, including queries of national systems such as the National Crime Information Center (NCIC), National Instant Criminal Background Check System (NICS), Interstate Identification Index (III), Immigration and Customs Enforcement (ICE), the National Law Enforcement Telecommunications System (NLETS), and Illinois systems, including the Criminal History Record Information (CHRI) System, driver's license or identification systems maintained by the Secretary of State (SOS) and the Computerized Hot Files system, a central online repository for numerous officer and public safety information repositories, maintained by ISP.

Exhibit 1

7.      In addition to the processes described above, the applicant's information is made available to Illinois law enforcement agencies, which may submit an objection to a CCL applicant based upon a reasonable suspicion that the applicant is a danger to himself, herself, or others, or is a threat to public safety. If a law enforcement objection is received, the CCL application is referred to the Concealed Carry Licensing Review Board, which reviews information submitted by the objecting law enforcement agency and the applicant.  If the Board determines by a preponderance of the evidence that the applicant poses a danger to himself , herself, or others, or is a threat to public safety, then the Board affirms the objection of the law enforcement agency and notifies the Bureau that the applicant is ineligible for a license.

8.      These various background check processes are intended to ensure public safety by identifying persons who are unqualified to carry firearms as responsible citizens.

**Difficulties Verifying Non-Resident Applicants' Identities**

9.      As discussed above, the Bureau must verify a CCL applicant's identity while processing the application. For Illinois residents, an applicant's identity is verified through use of the Illinois Secretary of State's (SOS) driver's license or state ID systems to cross-reference the applicant's name, address, photo, and signature.

10.     ISP does not have direct access to other states' driver's license, state ID or similar databases.  To verify a non-resident's identity, the Bureau must rely on NLETS to check the validity of an out of state driver's license, including personal identifiers of the individual and address. Currently, ISP is not able to receive identifying photographs or signatures from NLETS, but has contracted for development of a system that will allow ISP to access this information from NLETS. Arizona, California, Colorado, Kansas, New York, New Hampshire, Oklahoma, South Carolina, and the District of Columbia do not currently make images available to NLETS, however.

**Difficulties Verifying Non-Resident Criminal History**

11.     The Bureau must verify that a CCL applicant's criminal history does not render the applicant ineligible for a CCL.  For Illinois residents, the Bureau is able to locate criminal history through Illinois' Criminal History Record Inquiry, a system maintained by ISP, from the Computerized Hot Files, and from federal systems.

12.     The Firearm Services Bureau does not have direct access to other states' local or state criminal history databases, so the Bureau relies on federal databases to obtain criminal history information.  Many states provide the federal databases with only a summary of an arrest, which will often be inadequate to assess the applicant's eligibility for a CCL. If a criminal record from the federal database is incomplete, ISP may request a record from the States' Identification Bureau or from the local jurisdiction, but many jurisdictions, including Los Angeles County, California; Milwaukee County, Wisconsin; and, Jackson County, Mississippi, charge for records,

Exhibit 1

and ISP does not have funds appropriated to pay for the record. As an example, attached hereto as Affidavit Exhibit A is a printout from the III dated August 17, 2015, redacted for identifying information, of an individual arrested in Mississippi in 2005 and charged with looting, a felony. The information does not disclose the disposition of the charge, however. After requesting criminal history information from Mississippi, ISP received a facsimile transmission, attached hereto as Affidavit Exhibit B, refusing ISP's request for lack of fees. Per the Jackson County Circuit Clerk, Pascagoula, MS, a search of the two criminal courts in Jackson County for the ten-year period (the applicant was arrested in 2005) requires a fee of $20.00. To obtain information from the two civil courts, an additional $20.00 is required. If ISP needed to search information for a twenty-year period in all four courts, a fee of $80.00 is required. This also assumes, of course, that the only relevant information regarding the applicant exists in Jackson County, MS and not other jurisdictions in the state.

13.     ISP uses NLETS to determine if the nonresident applicant's state-issued CCL is valid and to check the continued validity of the home-state-issued CCL every 90 days. NCIC is the mechanism criminal justice agencies use to access over 13 million active records. The NCIC database consists of 21 files, including 14 "persons" files including the National Sex Offender Registry, Foreign Fugitives, Immigration Violations, Mission Persons, Orders of Protection, and Wanted Persons.  ISP accesses the NICS Index and the III through the NCIC network. The III is the national criminal history record system. When someone purchases a firearm, NICS verifies the validity of the Federal Firearms Licensed dealer and checks the NICS Index or "denied persons" files for persons prohibited from possessing firearms. All CCL applicants are also checked against the NICS Index.

14.     The criminal history information available in federal databases may also be insufficient to determine a non-resident's criminal history because states are not uniform in their reporting of different levels and types of offenses. ISP is unable to obtain accurate and updated information via NLETS and NCIC for those states that do not fully participate in the systems.

15.     The information available from the III, a federal criminal history database, also can be very limited. States are not uniform in their reporting of different levels and types of offenses. Only the National Fingerprint File (NFF) provides detailed extracts directly from states' local databases, and as of August 2015, only nineteen states participate as in the NFF. Those states are: Colorado, Florida, Georgia, Hawaii, Idaho, Iowa, Kansas, Maryland, Minnesota, Missouri, Montana, North Carolina, New Jersey, Ohio, Oklahoma, Oregon, Tennessee, West Virginia, and Wyoming.

**Difficulties Verifying Non-Resident Mental Health Information**

16.     Pursuant to the FOID Act and Firearm Concealed Carry Act, an applicant is not eligible for an Illinois CCL if the applicant has been involuntarily admitted into a mental health facility, adjudicated mentally disabled or has been a patient in a mental health facility within the

Exhibit 1

past five years, regardless of the applicant's state of residence. If an applicant has been a patient in a mental health facility more than 5 years ago, a Mental Health Certification must be provided at the time of the application.

17.     Through the Illinois Department of Human Services ("DHS") FOID Mental Health System, the Bureau can readily access information on Illinois mental health facility admissions and determine whether an individual has been involuntarily admitted into a mental health facility in Illinois or has been a patient in a mental health facility in Illinois within the past five years or more.

18.     The DHS FOID Mental Health System contains no records of out-of-state mental health facility admissions. Further, ISP does not have access to other states' mental health facility admissions databases, if any exist.

19.     In my experience as the Bureau Chief of the FSB, I am aware that the federal databases do not contain the voluntary mental health admission information necessary to determine whether an applicant was a patient in a mental health facility. Also, information concerning involuntary mental health admissions or mental disability adjudications is limited.

20.     To search for mental health prohibitors for nonresidents, ISP is limited to information available through the NICS Index, but not all states participate. NICS contains information from participating states regarding individuals prohibited from firearm possession for mental health reasons under 18 U.S.C. § 922(g)(4), but does not provide any information on voluntary mental health admissions.

**Difficulties Obtaining Updated Non-Resident Information to Revoke a CCL**

21.     On a daily basis, all resident CCL holders are checked against the Illinois CHRI and DHS Mental Health Systems (by virtue of their FOID Card) for any new prohibitors (conditions that would disqualify a person from holding a FOID Card or CCL). All CCL holders, resident and nonresident, are checked against the federal databases on a quarterly basis.

22.     Illinois Physicians or qualified examiners, Illinois Law Enforcement Officials, and Illinois School Administrators are required by law to report persons that may be a clear and present danger to themselves or others. Even if out-of-state personnel have reporting requirements in their own states, the ISP does not receive reports from out-of-state physicians, qualified examiners, law enforcement officials, or school administrators concerning out-of-state persons presenting a clear and present danger. Similarly, daily checks of the DHS Mental Health Systems do not reveal information concerning persons treated in other states.

23.     Illinois Circuit Clerks are required by statute to report to ISP persons who have been adjudicated as mentally disabled or persons who have had a finding for an involuntary

Exhibit 1

admittance to a mental health facility. I am aware of no other state that is required to, or does, report such cases to the ISP.

24.     DHS must report to the ISP all information collected pertaining to mental health treatment admissions, either voluntary or involuntary, as well as reports of patients deemed to be a clear and present danger. The purpose of this reporting is to determine if the patient is disqualified under state or federal law from possessing firearms. Out-of-state mental health facilities are not required by their states to report admissions or persons presenting a clear and present danger to DHS or to the ISP, and do not do so unless ISP makes a request for that information. Many out-of-state mental health entities do not provide this information even after an ISP request.

25.     Access to the types of information described in the Illinois databases allows the Bureau to thoroughly screen for and actively monitor various issues that may be a basis to deny or revoke a FOID or CCL card. ISP's lack of access to this type of data held by other states would make it virtually impossible to effectively conduct this same level of screening and monitoring for nonresident CCL applicants.

**Substantially Similar Surveys**

26.     In 2013, ISP sent surveys to each of the 49 other states and to the District of Columbia requesting information regarding their regulation of firearms use and reporting and tracking mechanisms relative to criminal activity and mental health issues.  In 2014, ISP sent a second survey to those states that did not respond to the first survey.

27.     True and correct copies of the various states' responses and the response of the District of Columbia received by the ISP are attached hereto as Affidavit Exhibit C. Based on the states' responses to the survey, ISP created a summary, a true and correct copy of which is attached hereto as Affidavit Exhibit D. As noted in the summary, Colorado, Maine, Maryland, Massachusetts, Nevada, Pennsylvania, and Rhode Island did not respond to the ISP's request for information.

28.     Of those states responding, only Hawaii, New Mexico, South Carolina, and Virginia had laws, similar to Illinois, regulating who may carry firearms in public, reported persons authorized to carry through the NLETS, reported denied persons through the NICS, prohibited persons voluntarily admitted to a mental health facility in the last five years from possessing or using firearms, AND prohibited persons involuntarily admitted to mental health facilities from possessing or using firearms.

29.     For example, Indiana, Iowa, Missouri, and Wisconsin responded that they did not prohibit use or possession of firearms based on voluntary admissions to mental health facilities in the last five years and did not have a mechanism of tracking that information for its residents.

Exhibit 1

*See* Affidavit Exhibit C. Iowa and Missouri also reported that they do not participate in reporting concealed carry licenses via NLETS. *See id.*

30.     The Bureau would not have the time or resources to properly research the necessary information for nonresident applicants if all such applicants could apply for a CCL. The Firearm Concealed Carry Act requires ISP to either approve or deny an application within as few as 90 days from the date received, subject to certain exceptions. To process the applications to this standard, it is likely the out-of-state applicants would not be held to the same standards set forth in the FOID Card Act or Firearm Concealed Carry Act as Illinois residents are held. Applications would have to be approved without a complete and thorough background check. Further, applicants residing in states that lack reporting and eligibility requirements similar to Illinois and who are issued licenses under the Firearm Concealed Carry Act cannot be held to the same monitoring standards necessary to ensure continued eligibility due to the lack of, and inability to obtain—either at all or in a timely manner—, information concerning those nonresidents.

**FURTHER AFFIANT SAYETH NOT.**

Subscribed and sworn to before me                           s/Jessica Trame

this ____3₁ˢᵗ____ day of August, 2015.     JESSICA TRAME

          s/Tammy L. Miner

  Notary Public

OFFICIAL SEAL
TAMMY L. MINER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 07-30-2016

Exhibit 1

```
AM.ILLEADS00.CCW5.*0001403511...CQR.
SRC/CQR
IDX/1015228557

EL01FA9  MRI0066384
IL08486G8
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/772445KC2. THE FOLLOWING WILL RESPOND TO YOUR
AGENCY:
 MISSISSIPPI    - STATE ID/MS0475395X
END

AM.ILLEADS00.CCW5.*0001403511...CQR.
SRC/CQR
IDX/1015228557
FA9  10.13.27 08/17/15 MSIII0000
IL08486G8
HDR/2L01FA9  MRI0066384
ATN/IL,CCW
********************  CRIMINAL HISTORY RECORD  **********************
Data As Of                2015-08-17
**************************  Introduction  **************************
This rap sheet was produced in response to the following request:
State Id Number           MS0475395X (MS)
Request Id                MRI0010833
Purpose Code              C
Attention                 IL,CCW
The information in this rap sheet is subject to the following caveats:
This record contains information contained in the criminal history file
of Mississippi Department of Public Safety on the date it was prepared;
if information is needed later, a new inquiry should be made. This
information is based on fingerprint identification. (MS)
If the request for this information did not include fingerprints, this
record may not describe the subject of the inquiry. (MS)
There may be further information concerning this subject in local
files. (MS)
Use of this information is subject to state and federal law and is
limited to the purpose stated in the inquiry. Misuse is subject to
criminal and civil penalty. (MS)
Offenses are marked as felonies, misdemeanors or violations in
accordance with Mississippi law. (MS)
Mississippi reports any data related to its Mississippi Sex Offender
Registry in the  Notice  field. (MS)
**************************  IDENTIFICATION  ************************
Subject Name(s)
████████████████████
Subject Description
FBI Number                State Id Number
772445KC2                 MS0475395X (MS)
Social Security Number
███████████
Sex                       Race
Female                    White
Height                    Weight                    Date of Birth
5`04                      137                       1981-██████
Hair Color                Eye Color                 Fingerprint Pattern
Brown                     Brown                     UCUCUCUCUCWUUCWUWULS (IAFIS)
```

AFFIDAVIT EXHIBIT A

```
Place of Birth          Citizenship
Mississippi             United States
Residence
Residence as of         2005-12-04
                        ████████, PASCAGOULA MS
Palmprint Images
(No Palmprint Image Transmitted  )
Photo Images
Available Image         Mugshot
Capture Date                    2005-12-04
(No Photo Image Transmitted  )
Caution Information
Notice                  No Sex Offender data.
************************  CRIMINAL HISTORY  ************************
============================= Cycle 001 =============================
Tracking Number         9035039793
Earliest Event Date     2005-12-04 Incident Date          2005-12-04
---------------------------------------------------------------------
Arrest Date             2005-12-04
Arrest Case Number      2005120032
Arresting Agency        MS0300300 PASCAGOULA PD
Arrest Type             Adult
Charge                  1
        Charge Literal  Looting
    Charge Description  Offense date 2005-12-04
               Statute  Looting (97-17-65 MS)
                Counts  1
              Severity  Felony
************************  INDEX OF AGENCIES  ************************
Agency                  PASCAGOULA PD; MS0300300;
Agency Telephone        228-762-2211
Address                 POST OFFICE DRAWER 1385, PASCAGOULA, MS 39568
```

AFFIDAVIT EXHIBIT A

*JOE W. MARTIN, JR.*
*CIRCUIT CLERK - JACKSON COUNTY*
*P.O. BOX 998*
*PASCAGOULA, MS 39568-0998*
*Telephone # 1-228-769-3040*

Date **8-17-15**

Re: ████████████████████████████

We have received your request regarding a criminal/civil search  However, at this time we are unable to process your request, because you did not include the fee for a search . Furthermore, we charge a fee for each defendant in each court  For example: If you want a search done in all four courts for a ten year period the cost would be $40.00, for a twenty year period the cost would be $80.00.

        __Circuit Court - Criminal Records for 10 years $10.00
        __Circuit Court - Civil Records for 10 years $10.00
        __County Court - Criminal Records for 10 years $10.00
        __County Court - Civil Records for 10 years $10.00

Please note this information is public record and is accessible to the public without costs through docket books or a computer for public use during regular business hours.

Once you have provided our office with the correct search fee, we will process your search. Furthermore, there is also a fee for any copies that you may request. The cost is $1.00 per page for regular copies and a $1.00 fee to certify it.

Sincerely,

Joe W. Martin, Jr.
Circuit Clerk

By: MARY HALL
Deputy Clerk

228-769-3175



## ILLINOIS STATE POLICE
*Office of the Director*

Pat Quinn
*Governor*

October 30, 2013

Hiram Grau
*Director*

Attorney General Luther Strange
Office of the Attorney General
Post Office Box 300152
Montgomery, Alabama 36130-0152

Dear Honorable Strange:

Effective July 9, 2013, Public Act 98-63, the Illinois Firearm Concealed Carry Act, became state law (430 ILCS 66) requiring an Illinois Concealed Carry License in order to carry a concealed firearm in Illinois. Within this Act, non-residents from substantially similar states are allowed to apply for a non-resident Concealed Carry License if they are eligible to carry a firearm in public under the laws of his or her state or territory of residence and are not prohibited from owning or possessing a firearm under federal law.

As such, the Illinois State Police (ISP) is not able to consider applications from individuals in other states for an Illinois Concealed Carry License until reviews of applicable states' laws are completed. In order to accomplish this, by November 22, 2013, we request your agency complete and return our survey in the enclosed self-addressed envelope. Your response will help the ISP to determine whether your state's laws regarding concealed carry are substantially similar to Illinois' laws.

Your staff may contact Bureau Chief Jessica Trame at 217-782-5047 or at Jessica.Trame@isp.state.il.us with any questions. Thank you for taking the time to respond to this survey.

Respectfully,

s/Hiram Grau

Hiram Grau
Director

Enclosure

AFFIDAVIT EXHIBIT C



## ILLINOIS STATE POLICE
*Office of the Director*

Pat Quinn
*Governor*

December 2, 2013

Hiram Grau
*Director*

Superintendent Joseph A. D'Amico
New York State Police
1220 Washington Avenue
Building 22
Albany, NY 12226-2252

Dear Superintendent D'Amico:

Effective July 9, 2013, Public Act 98-63, the Illinois Firearm Concealed Carry Act, became state law (430 ILCS 66) requiring an Illinois Concealed Carry License in order to carry a concealed firearm in Illinois. Within this Act, non-residents from substantially similar states are allowed to apply for a non-resident Concealed Carry License if they are eligible to carry a firearm in public under the laws of his or her state or territory of residence and are not prohibited from owning or possessing a firearm under federal law.

As such, the Illinois State Police (ISP) is not able to consider applications from individuals in other states for an Illinois Concealed Carry License until reviews of applicable states' laws are completed. In order to accomplish this, we request your agency complete and return our survey in the enclosed self-addressed envelope at your earliest convenience. Your response will help the ISP to determine whether your state's laws regarding concealed carry are substantially similar to Illinois' laws.

Your staff may contact Bureau Chief Jessica Trame at 217-782-5047 or at Jessica.Trame@isp.state.il.us with any questions. Thank you for taking the time to respond to this survey.

Respectfully,

s/Hiram Grau

Hiram Grau
Director

Enclosure

801 South Seventh Street • Suite 1100-S
Springfield, IL 62703-2487
(217) 782-7263 (voice)  •  1 (800) 255-3323 (TDD)
www.illinois.gov • www.isp.state.il.us

AFFIDAVIT EXHIBIT C



**ILLINOIS STATE POLICE**
*Division of Administration*

May 15, 2014

Pat Quinn
*Governor*

Hiram Grau
*Director*

Mr. Gary Lee
Criminal Justice Planner
Alaska Department of Public Safety
5700 East Tudor Road
Anchorage, Alaska 99507

Dear Mr. Lee:

Effective July 9, 2013, Public Act 98-63, the Illinois Firearm Concealed Carry Act, became state law (430 ILCS 66) requiring an Illinois Concealed Carry License in order to carry a concealed firearm in Illinois. Within this Act, non-residents from substantially similar states are allowed to apply for a non-resident Concealed Carry License if they are eligible to carry a firearm in public under the laws of his or her state or territory of residence and are not prohibited from owning or possessing a firearm under federal law.

In November 2013, the Illinois State Police (ISP) sent a survey to your state to determine if the laws in your state are substantially similar to Illinois laws. To date, the ISP has not received a response. As such, the ISP is not able to consider applications from your state for an Illinois Concealed Carry License until a review of applicable laws is completed. In order to accomplish this, we request your agency complete and return our survey in the enclosed self-addressed envelope. Each state's response is available on the ISP website (www.isp.state.il.us) under the Concealed Carry Frequently Asked Questions.

Please feel free to contact me at (217)782-5047 or at Jessica.Trame@isp.state.il.us if you have any questions.

Respectfully,

s/Jessica L. Trame

Jessica L. Trame
Bureau Chief

Enclosure

Firearms Services Bureau
801 South Seventh Street • Suite 400-M
P.O. Box 19461
Springfield, IL 62794-9461
(217) 782-7980 (voice) • 1 (800) 255-3323 (TDD) • Fax: FOID (217) 782-9139 • FCCL (217) 782-4247
www.illinois.gov • www.isp.state.il.us

AFFIDAVIT EXHIBIT C

Please return by November 22, 2013



RECEIVED

NOV 1 2 2013

Firearms Services Bu...
Illinois State P...

| Yes | No | | |
|-----|-----|-----|-----|
| ☒ | ☐ | 1. | Does your state issue a Concealed Carry License? |

*License are issued by individual county sheriffs but are State License*

| | | | |
|-----|-----|-----|-----|
| ☐ | ☒ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☒ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☒ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☒ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☒ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |

If yes, what is the effective date? _____ Please provide a copy of the legislative language.

s/Monica Sheeler
**Name**

Assistant Attorney General
**Title**

Nov 4, 2013
**Date**

334-242-7458
**Telephone**

Alabama AGO
**State Agency Department**

P. O. Box 300152
**Address**

Montgomery, AL 36130-0152
**City, State, Zip**

msheeler@ago.state.al.us
**Email**

AFFIDAVIT EXHIBIT C



| Yes | No | | |
|-----|-----|-----|-----|
| ☑ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☑ | ☐ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☑ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☑ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☑ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☑ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |

Beginning 2014 of legislative action to allow.

If yes, what is the effective date? _____ Please provide a copy of the legislative language.

---

s/Gary Lee
**Name**

CRIMINAL JUSTICE PLANNER
**Title**

MAY 29, 2014
**Date**

907-269-5092
**Telephone**

ALASKA DEPARTMENT OF PUBLIC SAFETY
**State Agency Department**

~~570~~ 5700 E TUDOR RD
**Address**

ANCHORAGE AK 99507
**City, State, Zip**

gary.lee@alaska.gov
**Email**

AFFIDAVIT EXHIBIT C



RECEIVED

NOV 12 2013

Firearms Services Bureau
Illinois State Police

| Yes | No | | |
|---|---|---|---|
| ☑ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☐ | ☑ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☑ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☑ | ☐ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☑ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☑ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |

If yes, what is the effective date? _____ Please provide a copy of the legislative language.

---

s/Greg Downs
**Name**

General Counsel
**Title**

11/5/13
**Date**

(501) 618-8350
**Telephone**

Arkansas State Police
**State Agency Department**

1 State Police Plaza Dr.
**Address**

Little Rock, AR, 72207
**City, State, Zip**

Greg.Downs@asp.arkansas.gov
**Email**

AFFIDAVIT EXHIBIT C

Please return by November 22, 2013



RECEIVED

NOV 1 3 2013

Firearms Services Burea
Illinois State Police

| Yes | No | | |
|-----|-----|-----|-----|
| ☒ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☒ | ☐ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☒ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☒ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☒ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☒ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |

If yes, what is the effective date? _____ Please provide a
copy of the legislative language.

_____ s/Donna J. Street _____
Name

**A R I Z O N A**
**DEPARTMENT OF PUBLIC SAFETY**
**DONNA J. STREET**
ADMINISTRATIVE SUPERVISOR
CONCEALED WEAPON PERMIT UNIT
OFFICE PHONE: (602) 223-2704
FAX: (602) 223-2928
EMAIL: DSTREET@AZ.DPS.GOV

P.O. BOX 6488, PHOENIX, ARIZONA 85005

*Courteous Vigilance*

_Az Dept of Public Safe_
State Agency Department

_PO Box 6488_
Address

_Phoenix, AZ 85005_
City, State, Zip

_DSTREET @ AZDPS.Go_
Email

AFFIDAVIT EXHIBIT C

Please return by November 22, 2013



|  | Yes | No |  |  |
|---|---|---|---|---|
|  | ☑ | ☐ | 1. | Does your state issue a Concealed Carry License? |
|  | ☐ | ☑ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
|  | ☑ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? *ONLY "5250"* |
|  | ☑ | ☐ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
|  | ☑ | ☐ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
|  | ☐ | ☐ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |

If yes, what is the effective date? _____ Please provide a copy of the legislative language.

---

s/John Marsh
_____
Name

*ASSISTANT CHIEF*
_____
Title

*11/14/2013*
_____
Date

*516-227-4002*
_____
Telephone

*DEPARTMENT OF JUSTICE*
_____
State Agency Department

*4949 BROADWAY*
_____
Address

*SACRAMENTO CA 95816*
_____
City, State, Zip

*JOHN.MARSH@DOJ.CA.GOV*
_____
Email

AFFIDAVIT EXHIBIT C




# STATE OF CONNECTICUT

## DEPARTMENT OF EMERGENCY SERVICES
## AND PUBLIC PROTECTION
### DIVISION OF STATE POLICE
#### Special Licensing & Firearms Unit

November 14th, 2013

Bureau Chief Trame
Illinois State Police
Firearms Survey Bureau
801 S. 7th St, Suite 400-M
Springfield, IL 62703-2487

Dear Chief Trame,

In response to your letter dated October 30th, 2013, I will address to your questionnaire in sequence:

Connecticut issues a pistol permit which allows for the purchase of a pistol and the carry of said pistol. There is no statutory language that covers concealment.

Connecticut does not participate in reporting to NLETS. Our database is available in state to all law enforcement officers via COLLECT.

Connecticut does report all involuntary mental health admissions to NICS.

Connecticut prohibits the use or possession of firearms based on a voluntary admission (for any matter other than alcohol or drugs) for 6 months.

Connecticut does track voluntary admissions through the Department of Mental Health and Addiction Services.

There is no pending legislation that I am aware of regarding mental health as it relates to the possession of firearms.

Thank you for inquiry.  Should you need any further assistance, you may contact the Special Licensing and Firearms Unit at (860) 685-8329.


Sincerely,


Lieutenant Eric Cooke
Commanding Officer
Special Licensing and Firearms Unit

Phone:  (860)-685-8290 Firearms/Permits  (860)-685-8160 Licensing  Fax: (860)-685-8496
1111 Country Club Road
Middletown, CT  06457-2389
An Affirmative Action/Equal Opportunity Employer
www.ct.gov/despp

AFFIDAVIT EXHIBIT C



RECEIVED

JUL 1 7 2014

Firearms Services Bureau
Illinois State Police

| Yes | No | | |
|-----|----|--|--|
| ☒ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☐ | ☒ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☒ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☒ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☒ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☒ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |

If yes, what is the effective date? _____ Please provide a copy of the legislative language.

s/Capt. Ralph Davis
**Name**

Director State Bureau of Identification
**Title**

June 6, 2014
**Date**

(302) 672-5300
**Telephone**

Delaware State Police
**State Agency Department**

655 S Bay Road
**Address**

Dover, DE 19901
**City, State, Zip**

ralph.davis@state.de.us
**Email**

AFFIDAVIT EXHIBIT C



| Yes | No | | |
|---|---|---|---|
| ☑ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☑ | ☐ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☑ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☑ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☑ | ☐ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ *see note below | ☐ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |

July 1, 2013*

If yes, what is the effective date? _____ Please provide a copy of the legislative language.

*Effective July 1, 2013, mental health facilities are required to report those individuals who would have been involuntarily committed but were allowed under statute to transfer to a voluntary admission following an involuntary assessment where the treating physician found the individual to be imminently dangerous and notice was served that the individual's firearm rights would be revoked.

s/Robin Sparkman

**Name**

Florida Department of Law Enforcement

**State Agency Department**

Supervisor, Firearm Purchase Program

**Title**

P. O. Box 1489

**Address**

May 15, 2014

**Date**

Tallahassee, FL 32801

**City, State, Zip**

850-410-8940

**Telephone**

robinsparkman@fdle.state.fl.us

**Email**

AFFIDAVIT EXHIBIT C

**790.065(2)(a) 4.** Has been adjudicated mentally defective or has been committed to a mental institution by a court or as provided in sub-sub-subparagraph b.(II), and as a result is prohibited by state or federal law from purchasing a firearm.

a.    As used in this subparagraph, "adjudicated mentally defective" means a determination by a court that a person, as a result of marked subnormal intelligence, or mental illness, incompetency, condition, or disease, is a danger to himself or herself or to others or lacks the mental capacity to contract or manage his or her own affairs. The phrase includes a judicial finding of incapacity under s. 744.331(6)(a), an acquittal by reason of insanity of a person charged with a criminal offense, and a judicial finding that a criminal defendant is not competent to stand trial.

b.    As used in this subparagraph, "committed to a mental institution" means:

(I)    Involuntary commitment, commitment for mental defectiveness or mental illness, and commitment for substance abuse. The phrase includes involuntary inpatient placement as defined in s. 394.467, involuntary outpatient placement as defined in s. 394.4655, involuntary assessment and stabilization under s. 397.6818, and involuntary substance abuse treatment under s. 397.6957, but does not include a person in a mental institution for observation or discharged from a mental institution based upon the initial review by the physician or a voluntary admission to a mental institution; or

(II)    Notwithstanding sub-sub-subparagraph (I), voluntary admission to a mental institution for outpatient or inpatient treatment of a person who had an involuntary examination under s. 394.463, where each of the following conditions have been met:

(A)    An examining physician found that the person is an imminent danger to himself or herself or others.

(B)    The examining physician certified that if the person did not agree to voluntary treatment, a petition for involuntary outpatient or inpatient treatment would have been filed under s. 394.463(2)(i)4., or the examining physician certified that a petition was filed and the person subsequently agreed to voluntary treatment prior to a court hearing on the petition.

(C)    Before agreeing to voluntary treatment, the person received written notice of that finding and certification, and written notice that as a result of such finding, he or she may be prohibited from purchasing a firearm, and may not be eligible to apply for or retain a concealed weapon or firearms license under s. 790.06 and the person acknowledged such notice in writing, in substantially the following form: "I understand that the doctor who examined me believes I am a danger to myself or to others. I understand that if I do not agree to voluntary treatment, a petition will be filed in court to require me to receive involuntary treatment. I understand that if that petition is filed, I have the right to contest it. In the event a petition has been filed, I understand that I can subsequently agree to voluntary treatment prior to a court hearing. I understand that by agreeing to voluntary treatment in either of these situations, I may be prohibited from buying firearms and from applying for or retaining a concealed weapons or firearms license until I apply for and receive relief from that restriction under Florida law."

(D)    A judge or a magistrate has, pursuant to sub-sub-subparagraph c.(II), reviewed the record of the finding, certification, notice, and written acknowledgment classifying the person as an imminent danger to himself or herself or others, and ordered that such record be submitted to the department.

AFFIDAVIT EXHIBIT C



| Yes | No | | |
|-----|-----|-----|-----|
| ☒ | ☐ | 1. | Does your state issue a Concealed Carry License? *TN. Issues A Handgun Carry Permit. Permit holders can carry open or concealed* |
| ☒ | ☐ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☒ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☒ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☒ | ☐ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☒ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |

If yes, what is the effective date? _____  Please provide a copy of the legislative language.

s/Lisa Knight
**Name**

DIRECTOR HANDGUN PROGRAM
**Title**

5/12/14
**Date**

615-251-5330
**Telephone**

Safety of Homeland Security
**State Agency Department**

1148 Foster Ave.
**Address**

NAshville TN. 37243
**City, State, Zip**

LISA.Knight@TN.GOV
**Email**

AFFIDAVIT EXHIBIT C



| Yes | No | | |
|-----|-----|-----|-----|
| ☒ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☒ | ☐ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☒ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☒ | ☐ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☒ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☒ | ☐ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |

If yes, what is the effective date? _____ Please provide a copy of the legislative language.

s/Regina Chacon

Name

Buriau Chief
Title

May 14, 2014
Date

505 827-9297
Telephone

NM Dept of Public Safety
State Agency Department

Po Box 6821
Address

Santa Fe, NM 87504
City, State, Zip

Regina. Chacon @stat.nm.ns
Email

AFFIDAVIT EXHIBIT C



**ILLINOIS STATE POLICE**
*Division of Administration*

Pat Quinn
*Governor*

Hiram Grau
*Director*

| **Yes** | **No** | | |
|---|---|---|---|
| ☑ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☑ | ☐ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☑ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☑ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☑ | ☐ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ *see note below* | ☐ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? If yes, what is the effective date? ___July 1, 2013*___ Please provide a copy of the legislative language. |

*Effective July 1, 2013, mental health facilities are required to report those individuals who would have been involuntarily committed but were allowed under statute to transfer to a voluntary admission following an involuntary assessment where the treating physician found the individual to be imminently dangerous and notice was served that the individual's firearm rights would be revoked.

| | |
|---|---|
| ___s/Robin Sparkman___ | ___Florida Department of Law Enforcement___ |
| Name | State Agency Department |
| ___Supervisor, Firearm Purchase Program___ | ___P. O. Box 1489___ |
| Title | Address |
| ___May 15, 2014___ | ___Tallahassee, FL 32801___ |
| Date | City, State, Zip |
| ___850-410-8940___ | ___robinsparkman@fdle.state.fl.us___ |
| Telephone | Email |

Firearms Services Bureau
801 South Seventh Street • Suite 400-M
P.O. Box 19461
Springfield, IL 62794-9461
(217) 782-7980 (voice) • 1 (800) 255-3323 (TDD) • Fax: FOID (217) 782-9139 • AFFIDAVIT EXHIBIT C
www.illinois.gov • www.isp.state.il.us

Please return by November 22, 2013



RECEIVED

NOV 2 2 2013

Firearms Services Bureau
Illinois State Police

| Yes | No | | |
|---|---|---|---|
| ☑ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☐ | ☑ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☑ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☑ * | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☑ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☑ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? If yes, what is the effective date? _____ Please provide a copy of the legislative language. |

* Georgia law only prohibits the issuance of a license based on voluntary mental health admission
See attached statute.

s/Rebecca Dobras
Name

Assistant Attorney General
Title

11/15/2013
Date

404-656-0749
Telephone

Office of the Attorney General - Public Safety Section
State Agency Department

40 Capitol Square, SW
Address

Atlanta GA 30334
City, State, Zip

rdobras@law.ga.gov
Email

AFFIDAVIT EXHIBIT C

Please return by November 22, 2013





RECEIVED

NOV 12 2013

Firearms Services Bureau
Illinois State Police

| Yes | No | | |
|-----|-----|-----|-----|
| ☒ | ☐ | 1. | Does your state issue a Concealed Carry License?<br>But only at the discretion of the Chief of Police, none have been issued since the early 1990's |
| ☒ | ☐ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☒ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☒ | ☐ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☒ | ☐ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☐ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms?<br><br>If yes, what is the effective date? _____  Please provide a copy of the legislative language. |

s/Daniel Paperd
_____
Name

Sergeant/Firearms Unit
_____
Title

11-6-2013
_____
Date

808-723-3190
_____
Telephone

Honolulu Police Department
_____
State Agency Department

801 S. Beretania St
_____
Address

Honolulu  HI  96813
_____
City, State, Zip

dpaperd@honolulu.gov
_____
Email

AFFIDAVIT EXHIBIT C

Please return by November 22, 2013



RECEIVED

NOV 19 2013

Firearms Services Bureau
Illinois State Police

| Yes | No | | |
|-----|-----|-----|-----|
| ☑ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☑ | ☐ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☑ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☑ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☑ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☑ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |
| | | | If yes, what is the effective date? _____ Please provide a copy of the legislative language. |

s/Stephanie Altig

Name

Title

Date

Telephone

State Agency Department

Address

City, State, Zip

Email

AFFIDAVIT EXHIBIT C

<u>Please return by November 22, 2013</u>



RECEIVED

NOV 2 2 2013

Firearms Services Bureau
Illinois State Police

| <u>Yes</u> | <u>No</u> | | |
|---|---|---|---|
| ☑ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☑ | ☐ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☑ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☑ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☑ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☑ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |
| | | | If yes, what is the effective date? _____ Please provide a copy of the legislative language. |

s/Capt. Michael White

Name

Assistant Chief of Staff Communication & Information Systems

Title

11/19/2013

Date

(317) 232-0029

Telephone

Indiana State Police

State Agency Department

100 North Senate Rm 340

Address

Indianapolis, In. 46204

City, State, Zip

MWhite@ISp.IN.gov

Email

AFFIDAVIT EXHIBIT C

Please return by November 22, 2013



_Iowa_

RECEIVED
NOV 12 2013
Firearms Services...
Illinois State Poli...



| Yes | No | | |
|-----|-----|---|---|
| ☒* | ☐ | 1. | Does your state issue a Concealed Carry License?<br>*The Iowa equivalent is the "Permit to Carry Weapons," which is valid for concealed or open carry. |
| ☐ | ☒ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☒* | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)?<br>*Reporting commenced Jan. 1, 2011. Older committals have not been reported. |
| ☐ | ☒ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☒ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☒ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms?<br><br>If yes, what is the effective date? _____ Please provide a copy of the legislative language. |

Name: s/Ross Loder

Title: Bureau Chief

Date: 11/07/2013

Telephone: 515-725-6233

State Agency Department: Dept. of Public Safety, Program Services Bureau

Address: 215 E. 7th St

City, State, Zip: Des Moines, IA 50312

Email: Ross.Loder@iowa.gov

AFFIDAVIT EXHIBIT C

Please return by November 22, 2013



RECEIVED

NOV 2 2 2013

Firearms Services Bureau
Illinois State Police

| Yes | No | | |
|---|---|---|---|
| ☑ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☑ | ☐ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☑ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☑ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☑ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☑ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |

If yes, what is the effective date? _____ Please provide a copy of the legislative language.

s/Charles Klebe
**Name**

ASSISTANT ATT GENERAL
**Title**

11/19/113
**Date**

785 - 368 - 6863
**Telephone**

KANSAS ATTORNEY GENERAL DEREK SCHMIDT
**State Agency Department**

120 SW 10th Ave, 2nd Fl
**Address**

Topeka KS 66612
**City, State, Zip**

charles.klebe@kag.org
**Email**

AFFIDAVIT EXHIBIT C

Please return by November 22, 2013




Firearms
ILLINOIS

| Yes | No | | |
|-----|-----|-----|-----|
| ☒ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☒ | ☐ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☐ | ☒ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☒ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☒ | ☐ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☒ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |
| | | | If yes, what is the effective date? _____ Please provide a copy of the legislative language. |

s/Michelle King
_____
Name

SERGEANT
_____
Title

NOVEMBER 12, 2013
_____
Date

225-925-4867
_____
Telephone

**LOUISIANA STATE POLICE**
_____
State Agency Department

7919 INDEPENDENCE BOULEVARD
_____
Address

BATON ROUGE, LA   70806
_____
City, State, Zip

MICHELLE.KING@LA.GOV
_____
Email

AFFIDAVIT EXHIBIT C

Please return by November 22, 2013



RECEIVED

NOV 19 2013

Firearms Services Bureau
Illinois State Police

| Yes | No | | |
|-----|-----|-----|-----|
| ☒ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☒ | ☐ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☒ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☒ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☒ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☒ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |

If yes, what is the effective date? _____ Please provide a copy of the legislative language.

s/Smith
**Name**

Manager, Firearms Records
**Title**

11/12/2013
**Date**

989 241-2075
**Telephone**

Michigan State Police
**State Agency Department**

PO Box 30634
**Address**

Lansing, MI  48909
**City, State, Zip**

Smithd85@michigan.gov
**Email**

AFFIDAVIT EXHIBIT C

RECEIVED

Please return by November 22, 2013



NOV 1 9 2013

Firearms Services Bureau
Illinois State Police

| Yes | No | | |
|-----|-----|-----|-----|
| ☒ | ☐ | 1. | Does your state issue a Concealed Carry License? |

*We issue a permit to carry a pistol without a conceal requirement.*

| Yes | No | | |
|-----|-----|-----|-----|
| ☐ | ☒ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☐ | ☒ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☒ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☒ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☒ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |

If yes, what is the effective date? _____ Please provide a copy of the legislative language.

s/Wade Setter
**Name**

*Superintendent*
**Title**

**Date**

*(651) 793-1000*
**Telephone**

← *Bureau of Criminal Apprehension*
**State Agency Department**

*1430 Maryland Ave. E.*
**Address**

*St. Paul, MN 55106*
**City, State, Zip**

*wade.setter@state.mn.us*
**Email**

AFFIDAVIT EXHIBIT C

Please return by November 22, 2013



RECEIVED

FEB  3 2014

Firearms Services Bureau
Illinois State Police

| Yes | No | | |
|-----|-----|-----|-----|
| ☒ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☐ | ☒ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☒ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☒ | ☐ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| (☒) | (☒) *(crossed out)* | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| (☒) | (☒) *(crossed out)* | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |

If yes, what is the effective date? 07/01/2013   Please provide a
copy of the legislative language.   SB. 2647  9 - 149

---

s/Lt. Eugene Williams, Jr.
**Name**

DIRECTOR OF FPU (MHSP)
**Title**

11-01-2013
**Date**

601-987-1586
**Telephone**

MS HWY SAFETY PATROL - FPU
**State Agency Department**

PO BOX 958
**Address**

JACKSON, MS 39205
**City, State, Zip**

e.williams@dps.ms.gov
**Email**

AFFIDAVIT EXHIBIT C

Please return by November 22, 2013



RECEIVED

DEC 2 2013

Firearms Services Bureau
Illinois State Police

| Yes | No | | |
|-----|----|----|----|
| ☒ | ☐ | 1. | Does your state issue a Concealed Carry License? *Responsibility of the sheriffs* |
| ☐ | ☒ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☒ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☒ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☒ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☒ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |

If yes, what is the effective date? _____ Please provide a copy of the legislative language.

---

s/s/John Marsh

**Name**

Title _Major_

Date _11/25/13_

Telephone _573-526-6110_

State Agency Department _MSHP_

Address _1510 E. Elm St._

City, State, Zip _Jefferson City, MO_

Email _kim.mager@mshp.dps.mo.gov_

AFFIDAVIT EXHIBIT C

The NJSP reports both voluntary and involuntary admission to mental health facilities to NCIS. Please feel free to reach out to Detective Sergeant First Class, Glenn Ross, Assistant Unit Head of the NJSP's Firearms Investigation Unit by phone at (609) 882-2000 ext. 2060 or by e-mail at lpp5092@gw.njsp.org for additional, more specific information.

The Missouri Office of State Courts Administrator's office handles entriesinto the NICS. The points of contact at OSCA who may be able to answer your questions are Trenton Dial (573-522-6311) and Jeremy Johnson (573-751-4377).

Q: The ISP needs to know if your state reports involuntary mental health admissions to NICS.
A: Some orders and judgments that are disqualifying or potentially disqualifying under 18 USC 922(g)(4) are reported to NICS, and some are not.

Prohibiting orders/judgments reported to NICS:
*Commitment under 222.31 (intellectual disability)
*Commitment under 229.14 (serious mental impairment)
*Not guilty by reason of insanity
*Incompetent to stand trial

Prohibiting orders/judgments not reported to NICS:
*Commitment under 125.84 (substance abuse)
*Appointment of a guardian or conservator under 231E.6 (substitute decision-maker)
*Order for conveyance of property under 597.6 (incompetent spouse)

Q: Does your state track voluntary admissions to mental health facilities?
A: No, not in most cases.

Point of Contact information :

Ross Loder, Bureau Chief
Program Services Bureau, Administrative Services Division
Iowa Department of Public Safety
215 East 7th Street
Des Moines, IA 50319



RECEIVED

MAY 2 7 2014

Firearms Services Bureau
Illinois State Police

| Yes | No | | |
|-----|----|----|----|
| ☑ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☑ | ☐ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☐ | ☑ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☑ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☑ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☑ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |

If yes, what is the effective date? _____ Please provide a copy of the legislative language.

s/Butch Huseby

**Name** BUREAU CHIEF - / CRIME INFORMATION BUREAU

**Title**

**Date** MAY 23, 2014

**Telephone** 406 - 444 - 9759

**State Agency Department** MONTANA DEPT. OF JUSTICE

**Address** 2225 11TH AVE

**City, State, Zip** HELENA, MT 59620

**Email** bhuseby@mt.gov

AFFIDAVIT EXHIBIT C

3:14-cv-03320-SEM-TSH   # 27-1   Page 38 of 87



Please return by November 22, 2013



RECEIVED

NOV 19 2013

Firearms Services Bureau
Illinois State Police

| Yes | No | | |
|---|---|---|---|
| ☒ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☒ | ☐ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |

﹡ Not through the CWQ, but via the driver's abstract.

| | | | |
|---|---|---|---|
| ☒ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☒ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☒ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☒ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |

If yes, what is the effective date? _____ Please provide a copy of the legislative language.

s/Wendy Wussow

Name

Agency Legal Counsel
Title

11-5-13
Date

402-479-4062
Telephone

Nebraska State Patrol
State Agency Department

P.O. Box 94907
Address

Lincoln, NE 68509
City, State, Zip

wendy.wussow@nebraska.gov
Email

AFFIDAVIT EXHIBIT C

Please return by November 22, 2013



RECEIVED

NOV 2 5 2013

Firearms Services Bureau
Illinois State Police

| Yes | No | | |
|---|---|---|---|
| ☒ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☐ | ☒ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☒ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☒ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☒ | ☒ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? *WE WOULD NOT OBTAIN THIS INFORMATION ONCE PERMIT IS ISSUED.* |
| ☐ | ☒ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |

If yes, what is the effective date? _____ Please provide a copy of the legislative language.

s/Glenn Ross
_____
Name

DSFC / ASSISTANT UNIT HEAD
Title

11-18-2013
Date

609-882-2000 EXT. 2060
Telephone

NEW JERSEY STATE POLICE
FIREARMS INVESTIGATION UNIT
State Agency Department

P.O. Box 7068, WTES
Address

WEST TRENTON, N.J. 08628
City, State, Zip

lpp5092@gw.njsp.org
Email

AFFIDAVIT EXHIBIT C

Please return by November 22, 2013



RECEIVED

NOV 12 2013

Firearms Services Bureau
Illinois State Police

| Yes | No | | |
|-----|-----|-----|-----|
| ☒ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☐ | ☒ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☐ | ☒ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☒ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☒ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☒ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |

If yes, what is the effective date? _____ Please provide a copy of the legislative language.

s/Sean Haggerty
_____
Name

_Sergeant_
_____
Title

_11-7-13_
_____
Date

_603  223 - 8574_
_____
Telephone

NH State Police - Permits + Licensing
_____
State Agency Department

33 Hazen Drive
_____
Address

Concord, NH 03305
_____
City, State, Zip

sean.haggerty@dos.nh.gov
_____
Email

AFFIDAVIT EXHIBIT C



| Yes | No | | |
|---|---|---|---|
| ☒ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☒ | ☐ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☒ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☒ | ☐ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☒ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☒ | ☐ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |
| | | | If yes, what is the effective date? _____ Please provide a copy of the legislative language. |

s/Regina Chacon
_____
**Name**

Bureau Chief
_____
**Title**

May 14, 2014
_____
**Date**

505 827·9297
_____
**Telephone**

NM Dept of Public Safety
_____
**State Agency Department**

Po Box 6821
_____
**Address**

Santa Fe, NM 87504
_____
**City, State, Zip**

Regina. Chacon@state.nm.us
_____
**Email**

AFFIDAVIT EXHIBIT C



| Yes | No | | |
|-----|-----|-----|-----|
| ☒ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☐ | ☒ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☒ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☒ * | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☐ * | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☐ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |
| | | | If yes, what is the effective date? _____  Please provide a copy of the legislative language. |

\* Determined by Mental Health Provided assessment. If subject determined to be at a minimum, a potential danger to self or others then the answer to 4 and 5 would be "yes".

| | |
|---|---|
| s/James Sherman | New York State Police |
| **Name** | **State Agency Department** |
| T/Lieutenant | 1220 Washington Avenue |
| **Title** | **Address** |
| 01/30/2014 | Albany, NY 12226-2252 |
| **Date** | **City, State, Zip** |
| (513) 464-7130 | James.Sherman@troopers.Gov NY |
| **Telephone** | **Email** |

AFFIDAVIT EXHIBIT C

<u>Please return by November 22, 2013</u>



| Yes | No | | |
|---|---|---|---|
| ☑ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☐ | ☑ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☑ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☑ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☑ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☑ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |
| | | | If yes, what is the effective date? _____  Please provide a copy of the legislative language. |

s/Hal Askins
_____
Name

*Special Deputy A.G.*
_____
Title

*11/18/13*
_____
Date

*(919) 716-6560*
_____
Telephone

*N.C. Dept. of Justice*
_____
State Agency Department

*114 W. Edenton St.*
_____
Address

*Raleigh, N.C. 27629*
_____
City, State, Zip

*haskins@ncdoj.gov*
_____
Email

AFFIDAVIT EXHIBIT C

Please return by November 22, 2013



| Yes | No | | |
|-----|-----|-----|-----|
| ☒ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☒ | ☐ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☒ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☒ | ☐ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☒ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☒ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |

3

If yes, what is the effective date? _____ Please provide a copy of the legislative language.

s/Liz Brocker

_____
Name

EXECUTIVE ASSISTANT
Title

12-18-13
Date

701-328-2213
Telephone

OFFICE OF ATTORNEY GENERAL
State Agency Department

600 E BOULEVARD AVE #125
Address

BISMARCK ND 58505
City, State, Zip

lbrocker@nd.gov
Email

AFFIDAVIT EXHIBIT C

| NORTH DAKOTA CONCEALED WEAPON LICENSE — APPLICANT REQUIREMENTS | Class 1 | Class 2 |
|---|---|---|
| Applicant must be eligible to possess a firearm under both federal and state laws (see N.D.C.C. § 62.1-02-01). State and federal fingerprint-based record check including III and NICS check conducted on applicant for initial application and renewal. | Yes | Yes |
| Minimum age | 21 | 18 |
| Applicant must provide a copy of a valid state-issued driver's license with application form. If the driver's license is from another state, applicant must provide a copy of a valid concealed carry permit/license from the home state (and that home state must have reciprocity/recognition with ND). | Yes | Yes |
| License good for five years, initial and renewal | Yes | Yes |
| Applicant eligible, even if applicant has been convicted (in any jurisdiction) of any of the following: | | |
| • An offense involving the use of alcohol within 10 years prior to date of initial application or renewal; | No | Yes |
| • A misdemeanor drug-related offense within 10 years prior to date of initial or renewal application; | No | Yes |
| • A felony offense at any time during life (Note: In ND, convicted felons are prohibited from possessing a firearm for up to 10 years, depending on the seriousness of the offense); | No | Yes |
| • An offense involving moral turpitude, during lifetime; | No | Yes |
| • An offense involving domestic violence during lifetime (if rights have been restored) | No | Yes |
| Applicant who has been adjudicated by a state or federal court as mentally incompetent but such adjudication subsequently has been withdrawn or reversed is eligible. | No | Yes |
| Authorization for release of Mental Health/Substance Abuse treatment records is required before application processed | Yes | No |
| TESTING REQUIREMENTS. All testing must be completed within the state of North Dakota. | | |
| • Applicant must achieve at least 70% on open book multiple-choice test of weapons and concealed weapons laws and 100% on the multiple choice test of deadly force laws. | Yes | Yes |
| • Applicant must complete classroom instruction, demonstrate familiarity with firearm, and successfully complete a live-fire proficiency course. | Yes | No |
| • Testing required before each renewal | Yes | No |

The ND concealed weapon license displays applicant's photograph, full legal name, residential address, height, weight, hair and eye color, DOB, NTN number, license expiration date and Class type.

**ND CLASS 1 (FRONT)**

NORTH DAKOTA CONCEALED WEAPON LICENSE
NUMBER: 2    NTN 1XZL-V4P    ISSUED 11-23-2011
TYPE: FIREARM & DANG. WEAPON    EXPIRES 11-23-2016
DOB:    CLASS 1

STENEHJEM, WAYNE KEVIN
123 65 ST NE
BISMARCK ND 58501
SEX    HGT    WGT    HAIR    EYES
M    200    604    BRO    BRO
APPROVED BY
Dallas L Carlson, Director NDBCI

**ND CLASS 2 (FRONT)**

NORTH DAKOTA CONCEALED WEAPON LICENSE
NUMBER: 2    NTN 1XZL-V4P    ISSUED 11-23-2011
TYPE: FIREARM & DANG. WEAPON    EXPIRES 11-23-2016
DOB:    CLASS 2

STENEHJEM, WAYNE KEVIN
123 65 ST NE
BISMARCK ND 58501
SEX    HGT    WGT    HAIR    EYES
M    200    604    BRO    BRO
APPROVED BY
Dallas L Carlson, Director NDBCI

**BACK (ALL LICENSES)**



NORTH DAKOTA CONCEALED WEAPON LICENSE

Issued by
BUREAU OF CRIMINAL INVESTIGATION
Office of Attorney General
P.O. Box 1054
Bismarck, ND 58502-1054
(701) 328-5500

Please return by November 22, 2013

RECEIVED

NOV 1 9 2013

Firearms Services Bureau
Illinois State Police



|  | Yes | No | | |
|---|---|---|---|---|
| | ☒ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| | ☒ | ☐ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| | ☒ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| | ☐ | ☒ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| | ☐ | ☒ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| | ☐ | ☒ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |

If yes, what is the effective date? _____  Please provide a copy of the legislative language.

_____
s/Jonathon Fulkerson
**Name**

DEPTY CHIEF COUNSEL
**Title**

NOV 12, 2013
**Date**

614 - 644 - 8701
**Telephone**

OHIO ATTORNEY GENERALS OFFICE
**State Agency Department**

30 E. BROAD ST, 17TH FLOOR
**Address**

COLUMBUS, OHIO 43215
**City, State, Zip**

JONATHON.FULKERSON @ OHIOATTORNEYGENERAL.GOV
**Email**

AFFIDAVIT EXHIBIT C

<u>Please return by November 22, 2013</u>

| Yes | No | | |
|-----|-----|---|---|
| ☑ | ☐ | 1. | Does your state issue a Concealed Carry License? |

*OK Gun License allows for open or concealed carry.*

| Yes | No | | |
|-----|-----|---|---|
| ☑ | ☐ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☐ | ☑ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |

*No, however, OSBI checks all applicants against the Oklahoma Dept. of Mental Health to ensure we do not issue to those w/ involuntary commitments in Oklahoma*

| Yes | No | | |
|-----|-----|---|---|
| ☐ | ☑ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☑ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☑ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |

If yes, what is the effective date? _____ Please provide a
copy of the legislative language.

s/Felicia Jackson

Name _____

Administrative Programs Officer
Title

11/7/2013
Date

(405) 879-2534
Telephone

Oklahoma State Bureau of Investigat.
State Agency Department

16600 N. Harvey Pl.
Address

Oklahoma City, OK  73116
City, State, Zip

felicia.jackson @ osbi.ok.gov
Email

AFFIDAVIT EXHIBIT C



**Fw: CCW survey**
Jessica Trame  to: Peggy Thompson                    11/13/2013 03:54 PM

From:      Jessica Trame/IlStPolice
To:        "Peggy Thompson" ·

  1 attachment

Please print this email and attachment.
--------------------------
Jessica Trame
Bureau Chief, Firearm Services Bureau
Illinois State Police
217.782.5015


----- Original Message -----
From: Felicia Jackson
Sent: 11/13/2013 09:37 PM GMT
To: "jessica.trame@isp.state.il.us" <
Cc: Bryan Rizzi
Subject: CCW survey


Dear  Jessica Trame,

Attached is the completed survey sent to the Oklahoma State Bureau of
Investigation for purposes of validating reciprocity for Concealed Carry
Licensing.  The state of Oklahoma, pursuant to Oklahoma Title 21 § 1290.26,
recognizes any valid concealed or unconcealed carry weapons permit or license
issued by another state, therefore residents of Illinois with a valid carry
permit issued by the state of Illinois will be able to carry in Oklahoma.

If you need the hard copy form mailed to you, please let me know.  Also, if
you have any further questions or concerns, feel free to contact me anytime.

Thank you.


Respectfully,
Felicia Jackson
Administrative Programs Officer
Licensing and Special Services
Oklahoma State Bureau of Investigation
(405) 879-2534
(405) 879-2966 FAX


The information contained in this e-mail message, and any files transmitted
with it, is confidential and may be legally privileged. It is intended only
for the use of the individuals or entities named above. If the reader of this
message is not the intended recipient, or the employee or agent responsible to
deliver it to the intended recipient, you are hereby notified that any
dissemination, distribution or forwarding of this e-mail message is strictly
prohibited. If you have received this e-mail message in error, please notify
the sender and delete the material from any computer. Thank you for your
cooperation.

AFFIDAVIT EXHIBIT C

Please return by November 22, 2013



| Yes | No | | |
|-----|-----|-----|-----|
| ☐ | ☐ | 1. | Does your state issue a Concealed Carry License? *This function is handled through Oregon's 36 county Sheriff's Offices* |
| ☐ | ☐ | (2.) | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? *unknown* |
| ☒ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☒ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☒ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☒ *unknown* | (6.) | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |
| | | | If yes, what is the effective date? _____ Please provide a copy of the legislative language. |

*Oregon Sheriffs Association can assist with statewide questions*
*503 - 364 - 4204   www. oregonsheriffs.org*

s/Patricia Whitfield
**Name**

CJIS Division Director
**Title**

11/18/13
**Date**

503-934-2305
**Telephone**

Oregon State Police
**State Agency Department**

3772 Portland Rd NE Bldg C
**Address**

Salem, OR 97301
**City, State, Zip**

Patricia.Whitfield@state.or.us
**Email**

AFFIDAVIT EXHIBIT C

<u>Please return by November 22, 2013</u>

*NOTE: SCRLY, VERY LATSENGTE*
*C WEIR*



| Yes | No | | |
|---|---|---|---|
| ☒ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☒ | ☐ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☒ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☒ | ☐ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☒ | ☐ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☐ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |
| | | | If yes, what is the effective date? _____ Please provide a copy of the legislative language. |

s/Clifton Weir
**Name**

MAJOR
**Title**

MARCH 7, 2014
**Date**

(803) 737-9600
**Telephone**

S.C. LAW ENFORCEMENT DIVISION
**State Agency Department**

P.O. BOX 21398
**Address**

COLUMBIA SC 29221
**City, State, Zip**

CWEIR@SLED.SC.GOV
**Email**

AFFIDAVIT EXHIBIT C

Please return by November 22, 2013



RECEIVED

NOV 12 2013

Firearms Services Bureau
Illinois State Police

| Yes | No | | |
|-----|-----|---|---|
| ☒ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☐ YES | ☒ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☐ | ☒ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☒ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☒ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☒ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |
| | | | If yes, what is the effective date? _____ Please provide a copy of the legislative language. |

s/Richard Williams

Name

Assistant Attorney General
Title

11-6-13
Date

605-773-3215
Telephone

Attorney General
State Agency Department

1302 East Hwy 14 Ste. 1
Address

Pierre, SD, 57501
City, State, Zip

Rich.Williams@State.SD.US
Email

AFFIDAVIT EXHIBIT C





Firearm Services Bureau
Illinois State Police

| Yes | No | | |
|-----|-----|-----|-----|
| ☒ | ☐ | 1. | Does your state issue a Concealed Carry License? *TN. Issues A Handgun Carry Permit. Permit holders can carry open or concealed* |
| ☒ | ☐ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☒ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☒ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☒ | ☐ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☒ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |

If yes, what is the effective date? _____ Please provide a copy of the legislative language.

---

s/Lisa Knight
**Name**

DIRECTOR HANDGUN PROGRAM
**Title**

5/12/14
**Date**

615-251-5330
**Telephone**

SAfety of Homeland Security
**State Agency/Department**

1148 Foster Ave.
**Address**

NAShville TN. 37243
**City, State, Zip**

LISA.Knight@TN.GOV
**Email**

AFFIDAVIT EXHIBIT C



RECEIVED

[illegible date]

Firearms Services Bureau
Illinois State Police

| Yes | No | | |
|-----|-----|-----|-----|
| ☒ | ☐ | 1. | Does your state issue a Concealed Carry License? *TN. Issues A Handgun Carry Permit. Permit holders can carry open or concealed* |
| ☒ | ☐ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☒ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☒ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☒ | ☐ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☒ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |

If yes, what is the effective date? _____  Please provide a copy of the legislative language.

---

*s/Lisa Knight*
**Name**

*Director Handgun Program*
**Title**

*5/12/14*
**Date**

*615-251-5330*
**Telephone**

*Safety & Homeland Security*
**State Agency Department**

*1148 Foster Ave.*
**Address**

*Nashville  TN. 37243*
**City, State, Zip**

*Lisa.Knight@TN.GOV*
**Email**

AFFIDAVIT EXHIBIT C



| Yes | No | | |
|-----|----|----|----|
| ☒ | ☐ | 1. | Does your state issue a Concealed Carry License? *TN. Issues A Handgun Carry Permit. Permit holders can carry Open or Concealed* |
| ☒ | ☐ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☒ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☒ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☒ | ☐ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☒ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |

If yes, what is the effective date? _____ Please provide a copy of the legislative language.

*s/Lisa Knight*
**Name**

DIRECTOR HANDGUN PROGRAM
**Title**

5/12/14
**Date**

615-251-5330
**Telephone**

SAfety of Homeland Security
**State Agency/Department**

1148 Foster Ave.
**Address**

NAshville TN. 37243
**City, State, Zip**

LISA.Knight@TN.GOV
**Email**

AFFIDAVIT EXHIBIT C

Please return by November 22, 2013



RECEIVED

NOV 2 2 2013

Firearms Services Bureau
Illinois State Police

| Yes | No | | |
|-----|-----|-----|-----|
| ☑ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☑ | ☐ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☑ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☐ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? *Attached* |
| ☐ | ☐ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? *Attached* |
| ☐ | ☐ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |

If yes, what is the effective date? _____ Please provide a copy of the legislative language.

s/Renearl Bowie

Name

*Assistant Director*

Title

*11-18-13*

Date

*512-424-7731*

Telephone

*TEXAS Department of Public Safety*

State Agency Department

*5806 Guadalupe Bld I*

Address

*Austin, TX 78752*

City, State, Zip

*Renearl. Bowie @dps.texas.gov*

Email

AFFIDAVIT EXHIBIT C

1. Does your state issue a Concealed Carry License?   *Yes.*

2. Does your state participate in reporting Concealed Carry License via the National Law Enforcement Teletype System (NLETS)?         *Yes.*

3. Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)?   *Yes.*

4. Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years?   *The use or possession of a firearm is not prohibited on this basis, but it is an eligibility criterion for a concealed handgun license.*

5. Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license?       *Only involuntary admissions are reported by the courts.  Applicants for a concealed handgun license are required to disclose any admissions to the department at the time of application.*

6. If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms?   *There is no legislation pending.*

AFFIDAVIT EXHIBIT C

Please return by November 22, 2013



NOV 19 2013

Firearms Services Bureau
Illinois State Police

| Yes | No | | |
|-----|----|----|----|
| ☒ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☐ | ☒ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☒ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☒ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☒ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☒ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |
| | | | If yes, what is the effective date? _____ Please provide a copy of the legislative language. |

s/Jason Chapman
_____
Name

Supervisor
_____
Title

11-7-13
_____
Date

801-965-3810
_____
Telephone

DPS/BCI
_____
State Agency Department

3888 W. 5400 S,
_____
Address

Taylorsville, UT 84129
_____
City, State, Zip

Jchapman@utah.gov
_____
Email

AFFIDAVIT EXHIBIT C




## State of Utah
## Department of Public Safety
# APPLICATION FOR CONCEALED FIREARM PERMIT
## INSTRUCTIONS
### NEW APPLICANT

Anyone, at least 21 years of age, may apply for the Utah Concealed Firearm Permit. Please answer all questions by typing or clearly printing in ink.

Applications may be submitted in person or by mail to:
Bureau of Criminal Identification
3888 West 5400 South
Taylorsville UT 84129
Office Hours: M-F, 8:00 a.m. until 5:00 p.m.

Applications must be accompanied by all required documentation (see below). Every application must be signed by the applicant prior to submission.

If applying by mail, please send application and everything that must accompany it in a 9 x 12 envelope, if possible.

## COST TO APPLY
The following non-refundable fee must be included with your application:
**Utah Residents: $46.00**
**Non-Residents: $51.00**

## PAYMENT OPTIONS
The Bureau accepts cash, check, money order, VISA and MASTERCARD. **Credit card payment must include the 3-digit control number on the back of the card.**

Name and address must be imprinted on checks (no "counter checks" please). Please make check or money order payable to: Utah Bureau of Criminal Identification. There will be a $20 service charge for returned checks. **PLEASE DO NOT SEND CASH IN THE MAIL.**

## CONCEALED FIREARM COURSE SURVEY
Please complete the course survey available at:
http://www.publicsafety.utah.gov/bci/CFPsurvey.html
You may return the survey by email to:
DPSFIREARMS@Utah.gov

## WHAT MUST ACCOMPANY THE APPLICATION
☐ PHOTOCOPY OF YOUR DRIVER LICENSE OR STATE ISSUED IDENTIFICATION CARD

☐ 1 (BLUE & WHITE) APPLICANT FINGERPRINT CARD
**BCI does offer fingerprint services. The fee is $15.00**

☐ PHOTOGRAPH:
One recent color photograph of passport quality (2x2, no hats or sunglasses please). NAME MUST BE ON BACK OF PHOTO!! BCI does offer photo services for our permits. The fee for a photo is $15.00

☐ Application must include permanent physical residence and mailing address (if applicable).

## ☐ NON-RESIDENT PROOF OF PERMIT
If you reside in a state that recognizes the validity of the Utah CFP or has reciprocity with Utah, you must obtain a CFP or CCW from your home state and submit a copy of it with your application for a Utah permit. For a list of reciprocal states visit: http://www.publicsafety.utah.gov/bci/FAQother.html Residency will be determined by your state-issued identification. If your state does not recognize the Utah permit this does not apply.

## ☐ FINGERPRINT CARDS:
Blue and white (FD-258) Applicant fingerprint cards can be obtained from BCI or your local police department. Fingerprint card must be filled out completely, including signatures of both the applicant and official. **USE BLACK INK ONLY.** Writing and prints must be legible. Fingerprint cards that are not legible will be returned to the applicant and will cause a delay in processing the application. Private businesses and many local law enforcement agencies provide this service, check your local listings.

## ☐ APPLICANTS BORN OUTSIDE OF U.S.:
If you were born outside of the U.S. you must include your Alien Registration Number or INS Registration Number on your application and fingerprint card, or include a copy of your U.S. issued born abroad birth certificate. A copy of a valid U.S passport will also be accepted for proof of citizenship if born outside the US.

## ☐ WEAPON FAMILIARITY CERTIFICATION:
Applicants must complete a firearms familiarity course, certified by the Bureau, before applying for a permit. Please have your instructor complete the certification information on the application. Holders of a valid Concealed Firearm Permit from another state other than Utah are <u>not</u> exempt from taking the weapon familiarity course from an approved Utah instructor. BCI must receive your application within one year from the date the course was completed.

## ☐ APPLICATION PROCESSING
Upon receipt of your completed application packet, we will process your payment, then applications will be reviewed in the order they were received. Upon completion of the background investigation, if it is determined that the criteria established by law has been met, the permit will be mailed to you. Please do not call to check the status of your permit; the review process may take up to 60 days.

## WARNING
*Falsification of any information in the application may result in denial or revocation of a permit and possible criminal prosecution.*

## VISIT OUR WEBSITE AT:
http://publicsafety.utah.gov/bci/
Any questions please contact BCI at 801-965-4445 or DPSFIREARMS@utah.gov.

**Revised 3/2013**

AFFIDAVIT EXHIBIT C



### State of Utah
### Department of Public Safety
## APPLICATION FOR CONCEALED FIREARM PERMIT

**Please read all instructions prior to completing this form. TYPE OR PRINT IN INK.**

Your application will *not* be processed unless this form is completely filled out and all applicable questions answered. Be sure to provide all supporting documents: one complete fingerprint card, one photo (with name on back), photocopy of resident state's permit (if applicable) and photocopy of drivers' license.

Enclose the appropriate fee, **$46.00 for Utah residents or $51.00 for non-residents** in the form of check, money order or credit card made payable to "Utah Bureau of Criminal Identification". Name and address must be imprinted on check.
**FEES ARE NON-REFUNDABLE**

Bureau Use Only

Name_____ Date of Birth _____ State/Country of Birth_____
    (Last)        (First)        (Middle)                                  (If born outside of US provide documentation)
(Please print full name as it appears on your driver license or state issued ID card)

Previously used Name(S)(Maiden, etc.)_____ Social Security Number_____

Physical Address_____
                       (Street)                   (City)        (County)        (State)        (Zip)
Mailing Address (if different from street address)_____

Home Phone#_____ Alt Phone #_____ Driver Lic #_____ St._____

Height_____Weight_____ Eye Color_____ Hair Color_____ Sex_____ Race_____

What is your Citizenship?_____ If born outside of US, include Alien Registration # or INS Registration #_____

**ALL APPLICANTS: Please answer "Yes" or "No" to all questions below. A complete criminal background check will be conducted including expunged and juvenile court records. If you answer "Yes" to any question, attach documentation explaining your answer.**

☐ Yes   ☐ No   Have you ever been convicted of a felony?
☐ Yes   ☐ No   Have you ever been convicted of a crime of violence?
☐ Yes   ☐ No   Have you ever been convicted of an offense involving the use of alcohol? (i.e. DUI/DWI, alcohol related reckless, unlawful use of alcohol, etc.)
☐ Yes   ☐ No   Have you ever been convicted of the unlawful use of narcotics or other controlled substances?
☐ Yes   ☐ No   Have you ever been convicted of any offense involving moral turpitude? (i.e., theft, criminal mischief, sex crimes, etc.)
☐ Yes   ☐ No   Have you ever been convicted of offense involving domestic violence?
☐ Yes   ☐ No   Have you ever been adjudicated as mentally incompetent?
☐ Yes   ☐ No   Are you currently subject to a court sanctioned protective order?
☐ Yes   ☐ No   Have you ever been dishonorably discharged from the armed forces?

**NEW APPLICANTS: A department approved firearms instructor must complete the following certification information:**

The applicant,_____, has met the criteria established by the Utah Department of Public Safety and Utah Code Ann. § 53-5-704(8). I certify this to be true and correct to the best of my knowledge and belief.

The instructor's stamp goes in this box

Instructor
Signature_____

Training Date_____
            Month     Day     Year

**ALL APPLICANTS: Please read and sign the statement below:**

I understand that it is a class B misdemeanor to knowingly and willfully provide false information on a concealed firearm permit application and may result in the denial of a permit pursuant to Utah Code Ann. § 53-5-704(15). I hereby declare under criminal penalty of the State of Utah that the information contained on this application is true and correct.

Executed on: _____ at _____
            (Date)             (Time)

_____
        (Signature)

**METHOD OF PAYMENT** (CHECK APPROPRIATE BOX)   Payment enclosed (check or money order only) ☐    Credit Card ☐
Credit Card payment must include 3 digit control number found on back of the credit card. There is a $20.00 service charge for any returned check.

Credit Card Signature_____     Zip Code Associated with Credit Card_____

Credit Card Orders:   *Visa ☐    *MasterCard ☐

| Card Number | | | | | | | | | | | | | | | | 3 Digit Control # | | | Expiration Date (MMYY) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Utah Bureau of Criminal Identification 3888 W 5400 S Taylorsville Utah 84129 801-965-4445 - - - - - BCI-1523A-1007

**Revised 3/2013**

AFFIDAVIT EXHIBIT C

**Fw: Utah's Response to Survey Request**
Gary W Clark  to: Jessica Trame                                      05/09/2014 08:57 AM

From:      Gary W Clark/IIStPolice
To:        Jessica Trame/IIStPolice@IIStPolice,

FYI

**Sergeant Gary Clark**
**Staff Officer**
**Division of Administration**
**Telephone: 217-557-1732**
**Fax: 217-558-1882**
----- Forwarded by Gary W Clark/IIStPolice on 05/09/2014 08:56 AM -----

From:      Marc Maton/IIStPolice
To:        Gary W Clark/IIStPolice@ilstpolice,
Cc:        Matthew Davis/IIStPolice@ilstpolice
Date:      05/08/2014 06:01 PM
Subject:   FW: Utah's Response to Survey Request


Sent from my Windows Phone

From: Alice Moffat
Sent: 5/8/2014 12:38 PM
To: Marc_Maton@isp.state.il.us
Cc: Jeff Carr
Subject: Utah's Response to Survey Request
Marc,

Please find attached our response to your survey request.

Alice Moffat

--
Division Director
Utah Bureau of Criminal Identification
(801) 965-4939 office
(801) 209-8926 cell

(801) 965-4944 fax ⌐⌐ - Illinois.pdf

AFFIDAVIT EXHIBIT C



| Yes | No | | |
|-----|-----|-----|-----|
| ☒ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☐ | ☒ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☒ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☒ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☒ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☒ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |

If yes, what is the effective date? _____ Please provide a copy of the legislative language.

---

s/Jason Chapman
**Name**

Supervisor
**Title**

5/8/2014
**Date**

801-965-3810
**Telephone**

DPS / BCI
**State Agency Department**

3888 W. 5400 S.
**Address**

Taylorsville, UT 84129
**City, State, Zip**

JChapman@utah.gov
**Email**

AFFIDAVIT EXHIBIT C

801 - 965 - 3810



## ILLINOIS STATE POLICE
*Office of the Director*

Pat Quinn
*Governor*

October 30, 2013

Hiram Grau
*Director*

~~Commissioner Keith D. Squires~~  MR. JASON CHAPMAN
Utah Department of Public Safety
Bureau of Criminal Identification  → CONCEALED FIREARM UNIT
3888 West 5400 South
Taylorsville, Utah 84129

Dear Commissioner Squires:

Effective July 9, 2013, Public Act 98-63, the Illinois Firearm Concealed Carry Act, became state law (430 ILCS 66) requiring an Illinois Concealed Carry License in order to carry a concealed firearm in Illinois. Within this Act, non-residents from substantially similar states are allowed to apply for a non-resident Concealed Carry License if they are eligible to carry a firearm in public under the laws of his or her state or territory of residence and are not prohibited from owning or possessing a firearm under federal law.

As such, the Illinois State Police (ISP) is not able to consider applications from individuals in other states for an Illinois Concealed Carry License until reviews of applicable states' laws are completed. In order to accomplish this, by November 22, 2013, we request your agency complete and return our survey in the enclosed self-addressed envelope. Your response will help the ISP to determine whether your state's laws regarding concealed carry are substantially similar to Illinois' laws.

Your staff may contact Bureau Chief Jessica Trame at 217-782-5047 or at Jessica.Trame@isp.state.il.us with any questions. Thank you for taking the time to respond to this survey.

Respectfully,

s/Hiram Grau

Hiram Grau
Director

Enclosure

801 South Seventh Street • Suite 1100-S
PO Box 19461
Springfield, IL 62794-9461
(217) 782-7263 (voice)  •  1 (800) 255-3323 (TDD)
www.illinois.gov • www.isp.state.il.us

AFFIDAVIT EXHIBIT C

Please return by November 22, 2013



RECEIVED

NOV 1 8 2013

Firearms Services Bureau
Illinois State Police

| Yes | No | | |
|-----|-----|-----|-----|
| ☑ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☑ | ☐ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☑ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☑ | ☐ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☑ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☑ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |

If yes, what is the effective date? _____ Please provide a
copy of the legislative language.

s/Thomas Lambert
**Name**

HEARING & LEGAL SERVICES OFFICER
**Title**

Nov 6, 2013
**Date**

804-674-2212
**Telephone**

Department of State Police
**State Agency Department**

P.O. Box 27472
**Address**

Richmond, VA 23261
**City, State, Zip**

Tom.Lambert@vsp.virginia.gov
**Email**

AFFIDAVIT EXHIBIT C

3:14-cv-03320-SEM-TSH  # 27-1   Page 64 of 87

Please return by November 22, 2013



RECEIVED

NOV 2 2 2013

Firearms Services Bureau
Illinois State Police

| Yes | No | | |
|-----|-----|-----|-----|
| ☒ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☒ | ☐ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☒ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☒ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☒ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☒ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |
| | | | If yes, what is the effective date? _____ Please provide a copy of the legislative language. |

s/Rachel G.
**Name**

Legal Assistant
**Title**

11-15-2013
**Date**

360 - 586-6236
**Telephone**

Licensing and Administrative Law,
Office of the Attorney General
**State Agency Department**

1125 Washington St SE
**Address**

Olympia, WA 98504
**City, State, Zip**

rachelg@atg.wa.gov
**Email**

AFFIDAVIT EXHIBIT C

Please return by November 22, 2013



| Yes | No | | |
|-----|-----|---|---|
| ☐ | ☒ | 1. | Does your state issue a Concealed Carry License? |
| ☐ | ☒ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☒ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☒ | ☐ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☒ | ☐ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☐ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |
| | | | If yes, what is the effective date? _____ Please provide a copy of the legislative language. |

s/Colin Hall
**Name**

*Sergeant*
**Title**

*1/22/14*
**Date**

*202-727-9889*
**Telephone**

*Wash. DC. Metropolitan Police Dep*
**State Agency Department**

*300 Indiana Ave. NW #3058*
**Address**

*Washington, DC 20001*
**City, State, Zip**

*colin.hall@dc.gov*
**Email**

AFFIDAVIT EXHIBIT C

Please return by November 22, 2013





| Yes | No | | |
|-----|-----|-----|-----|
| ☑ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☐ | ☑ * | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |

See other side

| Yes | No | | |
|-----|-----|-----|-----|
| ☑ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☑ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☑ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☑ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |

If yes, what is the effective date? _____ Please provide a copy of the legislative language.

s/Ritchie Hall
_____
Name

Deputy Attorney General
_____
Title

11/1/13
_____
Date

304-558-2021 ext 2204
_____
Telephone

WV Attorney General's Office
_____
State Agency Department

State Capitol Bldg. 1 Room E-26
_____
Address

Charleston, WV 25305
_____
City, State, Zip

rrh@wvago.gov
_____
Email

AFFIDAVIT EXHIBIT C

## CHAPTER 61. CRIMES AND THEIR PUNISHMENT.

### ARTICLE 7. DANGEROUS WEAPONS. §61-7-1. Legislative findings.

The Legislature finds that the overwhelming support of the citizens of West Virginia for article three, section twenty-two of the constitution of this state, commonly known as the "Right to Keep and Bear Arms Amendment", combined with the obligation of the state to reasonably regulate the right of persons to keep and bear arms for self-defense requires the reenactment of this article.

### §61-7-2. Definitions.

As used in this article, unless the context otherwise requires:

(1) "Blackjack" means a short bludgeon consisting, at the striking end, of an encased piece of lead or some other heavy substance and, at the handle end, a strap or springy shaft which increases the force of impact when a person or object is struck. The term "blackjack" shall include, but not be limited to, a billy, billy club, sand club, sandbag or slapjack.

(2) "Gravity knife" means any knife that has a blade released from the handle by the force of gravity or the application of centrifugal force and when so released is locked in place by means of a button, spring, lever or other locking or catching device.

(3) "Knife" means an instrument, intended to be used or readily adaptable to be used as a weapon, consisting of a sharp-edged or sharp-pointed blade, usually made of steel, attached to a handle which is capable of inflicting cutting, stabbing or tearing wounds. The term "knife" shall include, but not be limited to, any dagger, dirk, poniard or stiletto, with a blade over three and one- half inches in length, any switchblade knife or gravity knife and any other instrument capable of inflicting cutting, stabbing or tearing wounds. A pocket knife with a blade three and one-half inches or less in length, a hunting or fishing knife carried for hunting, fishing, sports or other recreational uses or a knife designed for use as a tool or household implement shall not be included within the term "knife" as defined herein unless such knife is knowingly used or intended to be used to produce serious bodily injury or death.

(4) "Switchblade knife" means any knife having a spring- operated blade which opens automatically upon pressure being applied to a button, catch or other releasing device in its handle.

(5) "Nunchuka" means a flailing instrument consisting of two or more rigid parts, connected by a chain, cable, rope or other nonrigid, flexible or springy material, constructed in such a manner as to allow the rigid parts to swing freely so that one rigid part may be used as a handle and the other rigid part may be used as the striking end.

(6) "Metallic or false knuckles" means a set of finger rings attached to a transverse piece to be worn over the front of the hand for use as a weapon and constructed in such a manner that, when striking another person with the fist or closed hand, considerable physical damage may be inflicted upon the person struck. The terms "metallic or false knuckles" shall include any such instrument without reference to the metal or other substance or substances from which the metallic or false knuckles are made.

(7) "Pistol" means a short firearm having a chamber which is integral with the barrel, designed to be aimed and fired by the use of a single hand.

(8) "Revolver" means a short firearm having a cylinder of several chambers that are brought successively into line with the barrel to be discharged, designed to be aimed and fired by the use of a single hand.

(9) "Deadly weapon" means an instrument which is designed to be used to produce serious bodily injury or death or is readily adaptable to such use. The term "deadly weapon" shall include, but not be limited to, the instruments defined in subdivisions (1) through (8), inclusive, of this section or other deadly weapons of like kind or character which may be easily concealed on or about the person. For the purposes of section one-a, article five, chapter eighteen-a of this code and

AFFIDAVIT EXHIBIT C

section eleven-a, article seven of this chapter, in addition to the definition of "knife" set forth in subdivision (3) of this section, the term "deadly weapon" also includes any instrument included within the definition of "knife" with a blade of three and one-half inches or less in length. Additionally, for the purposes of section one-a, article five, chapter eighteen-a of this code and section eleven-a, article seven of this chapter, the term "deadly weapon" includes explosive, chemical, biological and radiological materials. Notwithstanding any other provision of this section, the term "deadly weapon" does not include any item or material owned by the school or county board, intended for curricular use, and used by the student at the time of the alleged offense solely for curricular purposes.

(10) "Concealed" means hidden from ordinary observation so as to prevent disclosure or recognition. A deadly weapon is concealed when it is carried on or about the person in such a manner that another person in the ordinary course of events would not be placed on notice that the deadly weapon was being carried. For purposes of concealed handgun licensees, a licensee shall be deemed to be carrying on or about his or her person while in or on a motor vehicle if the firearm is located in a storage area in or on the motor vehicle.

(11) "Firearm" means any weapon which will expel a projectile by action of an explosion.

(12) "Controlled substance" has the same meaning as is ascribed to that term in subsection (d), section one hundred one, article one, chapter sixty-a of this code.

(13) "Drug" has the same meaning as is ascribed to that term in subsection (1), section one hundred one, article one, chapter sixty-a of this code. §61-7-3. Carrying deadly weapon without license or other authorization; penalties.
(a) Any person who carries a concealed deadly weapon, without a state license or other lawful authorization established under the provisions of this code, shall be guilty of a misdemeanor, and, upon conviction thereof, shall be fined not less than one hundred dollars nor more than one thousand dollars and may be imprisoned in the county jail for not more than twelve months for the first offense; but upon conviction of a second or subsequent offense, he or she shall be guilty of a felony, and, upon conviction thereof, shall be imprisoned in the penitentiary not less than one nor more than five years and fined not less than one thousand dollars nor more than five thousand dollars.

(b) It shall be the duty of the prosecuting attorney in all cases to ascertain whether or not the charge made by the grand jury is a first offense or is a second or subsequent offense and, if it shall be a second or subsequent offense, it shall be so stated in the indictment returned, and the prosecuting attorney shall introduce the record evidence before the trial court of such second or subsequent offense and shall not be permitted to use discretion in introducing evidence to prove the same on the trial.

## §61-7-4. License to carry deadly weapons; how obtained.

(a) Except as provided in subsection (h) of this section, any person desiring to obtain a state license to carry a concealed deadly weapon shall apply to the sheriff of his or her county for the license, and shall pay to the sheriff, at the time of application, a fee of $75, of which $15 of that amount shall be deposited in the Courthouse Facilities Improvement Fund created by section six, article twenty-six, chapter twenty-nine of this code. Concealed weapons permits may only be issued for pistols or revolvers. Each applicant shall file with the sheriff a complete application, as prepared by the Superintendent of the West Virginia State Police, in writing, duly verified, which sets forth only the following licensing requirements:

(1) The applicant's full name, date of birth, Social Security number, a description of the applicant's physical features, the applicant's place of birth, the applicant's country of citizenship and, if the applicant is not a United States citizen, any alien or admission number issued by the United States Bureau of Immigration and Customs enforcement, and any basis, if applicable, for an exception to the prohibitions of 18 U. S. C. §922(g)(5)(B);

(2) That, on the date the application is made, the applicant is a bona fide resident of this state and of the county in which the application is made and has a valid driver's license or other state-issued photo identification showing the residence;

AFFIDAVIT EXHIBIT C

(3) That the applicant is twenty-one years of age or older: *Provided,* That any individual who is less than twenty-one years of age and possesses a properly issued concealed weapons license as of the effective date of this article shall be licensed to maintain his or her concealed weapons license notwithstanding the provisions of this section requiring new applicants to be at least twenty-one years of age: *Provided, however,* That upon a showing of any applicant who is eighteen years of age or older that he or she is required to carry a concealed weapon as a condition for employment, and presents satisfactory proof to the sheriff thereof, then he or she shall be issued a license upon meeting all other conditions of this section. Upon discontinuance of employment that requires the concealed weapons license, if the individual issued the license is not yet twenty-one years of age, then the individual issued the license is no longer eligible and must return his or her license to the issuing sheriff;

(4) That the applicant is not addicted to alcohol, a controlled substance or a drug and is not an unlawful user thereof as evidenced by either of the following within the three years immediately prior to the application:

(A) Residential or court-ordered treatment for alcoholism or alcohol detoxification or drug treatment; or

(B) Two or more convictions for driving while under the influence or driving while impaired;

(5) That the applicant has not been convicted of a felony unless the conviction has been expunged or set aside or the applicant's civil rights have been restored or the applicant has been unconditionally pardoned for the offense;

(6) That the applicant has not been convicted of a misdemeanor crime of violence other than an offense set forth in subsection (7) of this section in the five years immediately preceding the application.

(7) That the applicant has not been convicted of a misdemeanor crime of domestic violence as defined in 18 U. S. C. §921(a)(33), or a misdemeanor offense of assault or battery either under the provisions of section twenty-eight, article two of this chapter or the provisions of subsection (b) or (c), section nine, article two of this chapter in which the victim was a current or former spouse, current or former sexual or intimate partner, person with whom the defendant cohabits or has cohabited, a parent or guardian, the defendant's child or ward or a member of the defendant's household at the time of the offense, or a misdemeanor offense with similar essential elements in a jurisdiction other than this state;

(8) That the applicant is not under indictment for a felony offense or is not currently serving a sentence of confinement, parole, probation or other court-ordered supervision imposed by a court of any jurisdiction or is the subject of an emergency or temporary domestic violence protective order or is the subject of a final domestic violence protective order entered by a court of any jurisdiction;

(9) That the applicant has not been adjudicated to be mentally incompetent or involuntarily committed to a mental institution. If the applicant has been adjudicated mentally incompetent or involuntarily committed the applicant must provide a court order reflecting that the applicant is no longer under such disability and the applicant's right to possess or receive a firearm has been restored.

(10) That the applicant has qualified under the minimum requirements set forth in subsection (d) of this section for handling and firing the weapon: *Provided,* That this requirement shall be waived in the case of a renewal applicant who has previously qualified; and

(11) That the applicant authorizes the sheriff of the county, or his or her designee, to conduct an investigation relative to the information contained in the application.

(b) For both initial and renewal applications, the sheriff shall conduct an investigation including a nationwide criminal background check consisting of inquiries of the National Instant Criminal Background Check System, the West Virginia criminal history record responses and the National Interstate Identification Index and shall review the information received in order to verify that the information required in subsection (a) of this section is true and correct.

AFFIDAVIT EXHIBIT C

(c) Sixty dollars of the application fee and any fees for replacement of lost or stolen licenses received by the sheriff shall be deposited by the sheriff into a Concealed Weapons License Administration Fund. The fund shall be administered by the sheriff and shall take the form of an interest-bearing account with any interest earned to be compounded to the fund. Any funds deposited in this Concealed Weapon License Administration Fund are to be expended by the sheriff to pay for the costs associated with issuing concealed weapons licenses. Any surplus in the fund on hand at the end of each fiscal year may be expended for other law-enforcement purposes or operating needs of the sheriff's office, as the sheriff may consider appropriate.

(d) All persons applying for a license must complete a training course in handling and firing a handgun. The successful completion of any of the following courses fulfills this training requirement:

(1) Any official National Rifle Association handgun safety or training course;

(2) Any handgun safety or training course or class available to the general public offered by an official law-enforcement organization, community college, junior college, college or private or public institution or organization or handgun training school utilizing instructors duly certified by the institution;

(3) Any handgun training or safety course or class conducted by a handgun instructor certified as such by the state or by the National Rifle Association;

(4) Any handgun training or safety course or class conducted by any branch of the United States Military, Reserve or National Guard or proof of other handgun qualification received while serving in any branch of the United States Military, Reserve or National Guard.

A photocopy of a certificate of completion of any of the courses or classes or an affidavit from the instructor, school, club, organization or group that conducted or taught said course or class attesting to the successful completion of the course or class by the applicant or a copy of any document which shows successful completion of the course or class shall constitute evidence of qualification under this section.

(e) All concealed weapons license applications must be notarized by a notary public duly licensed under article four, chapter twenty-nine of this code. Falsification of any portion of the application constitutes false swearing and is punishable under the provisions of section two, article five, chapter sixty-one of this code.

(f) The sheriff shall issue a license unless he or she determines that the application is incomplete, that it contains statements that are materially false or incorrect or that applicant otherwise does not meet the requirements set forth in this section. The sheriff shall issue, reissue or deny the license within forty-five days after the application is filed if all required background checks authorized by this section are completed.

(g) Before any approved license shall be issued or become effective, the applicant shall pay to the sheriff a fee in the amount of $25 which the sheriff shall forward to the Superintendent of the West Virginia State Police within thirty days of receipt. The license shall be valid for five years throughout the state, unless sooner revoked.

(h) Each license shall contain the full name and address of the licensee and a space upon which the signature of the licensee shall be signed with pen and ink. The issuing sheriff shall sign and attach his or her seal to all license cards. The sheriff shall provide to each new licensee a duplicate license card, in size similar to other state identification cards and licenses, suitable for carrying in a wallet, and the license card is considered a license for the purposes of this section.

(i) The Superintendent of the West Virginia State Police shall prepare uniform applications for licenses and license cards showing that the license has been granted and shall do any other act required to be done to protect the state and see to the enforcement of this section.

AFFIDAVIT EXHIBIT C

(j) If an application is denied, the specific reasons for the denial shall be stated by the sheriff denying the application. Any person denied a license may file, in the circuit court of the county in which the application was made, a petition seeking review of the denial. The petition shall be filed within thirty days of the denial. The court shall then determine whether the applicant is entitled to the issuance of a license under the criteria set forth in this section. The applicant may be represented by counsel, but in no case may the court be required to appoint counsel for an applicant. The final order of the court shall include the court's findings of fact and conclusions of law. If the final order upholds the denial, the applicant may file an appeal in accordance with the Rules of Appellate Procedure of the Supreme Court of Appeals.

(k) If a license is lost or destroyed, the person to whom the license was issued may obtain a duplicate or substitute license for a fee of $5 by filing a notarized statement with the sheriff indicating that the license has been lost or destroyed.

(l) Whenever any person after applying for and receiving a concealed handgun license moves from the address named in the application to another county within the state, the license remains valid for the remainder of the five years: *Provided,* That the licensee within twenty days thereafter notifies the sheriff in the new county of residence in writing of the old and new addresses.

(m) The sheriff shall, immediately after the license is granted as aforesaid, furnish the Superintendent of the West Virginia State Police a certified copy of the approved application. The sheriff shall furnish to the Superintendent of the West Virginia State Police at any time so requested a certified list of all licenses issued in the county. The Superintendent of the West Virginia State Police shall maintain a registry of all persons who have been issued concealed weapons licenses.

(n) Except when subject to an exception under section six, article seven of this chapter, all licensees must carry with them a state-issued photo identification card with the concealed weapons license whenever the licensee is carrying a concealed weapon. Any licensee who, in violation of this subsection, fails to have in his or her possession a state-issued photo identification card and a current concealed weapons license while carrying a concealed weapon is guilty of a misdemeanor and, upon conviction thereof, shall be fined not less than $50 or more than $200 for each offense.

(o) The sheriff shall deny any application or revoke any existing license upon determination that any of the licensing application requirements established in this section have been violated by the licensee.

(p) A person who is engaged in the receipt, review or in the issuance or revocation of a concealed weapon license does not incur any civil liability as the result of the lawful performance of his or her duties under this article.

(q) Notwithstanding the provisions of subsection (a) of this section, with respect to application by a former law-enforcement officer honorably retired from agencies governed by article fourteen, chapter seven of this code; article fourteen, chapter eight of this code; article two, chapter fifteen of this code; and article seven, chapter twenty of this code, an honorably retired officer is exempt from payment of fees and costs as otherwise required by this section. All other application and background check requirements set forth in this shall be applicable to these applicants.

(r) Except as restricted or prohibited by the provisions of this article or as otherwise prohibited by law, the issuance of a concealed weapon permit issued in accordance with the provisions of this section authorizes the holder of the permit to carry a concealed pistol or revolver on the lands or waters of this state. **§61-7-5. Revocation of license.**
A license to carry a deadly weapon shall be deemed revoked at such time as the person licensed becomes unable to meet the criteria for initial licensure set forth in section four of this article. Any person licensed under the provisions of this article shall immediately surrender his or her license to the issuing sheriff upon becoming ineligible for continued licensure.

**§61-7-6. Exceptions as to prohibitions against carrying concealed handguns; exemptions from licensing fees.**

(a) The licensure provisions set forth in this article do not apply to:

(1) Any person:

AFFIDAVIT EXHIBIT C

(A) Carrying a deadly weapon upon his or her own premises;

(B) Carrying a firearm, unloaded, from the place of purchase to his or her home, residence or place of business or to a place of repair and back to his or her home, residence or place of business; or

(C) Possessing a firearm while hunting in a lawful manner or while traveling from his or her home, residence or place of business to a hunting site and returning to his or her home, residence or place of business;

(2) Any person who is a member of a properly organized target-shooting club authorized by law to obtain firearms by purchase or requisition from this state or from the United States for the purpose of target practice from carrying any pistol, as defined in this article, unloaded, from his or her home, residence or place of business to a place of target practice and from any place of target practice back to his or her home, residence or place of business, for using any such weapon at a place of target practice in training and improving his or her skill in the use of the weapons;

(3) Any law-enforcement officer or law-enforcement official as defined in section one, article twenty-nine, chapter thirty of this code;

(4) Any employee of the West Virginia Division of Corrections duly appointed pursuant to the provisions of section eleven-c, article one, chapter twenty-five of this code while the employee is on duty;

(5) Any member of the armed forces of the United States or the militia of this state while the member is on duty;

(6) Any resident of another state who holds a valid permit or license to possess or carry a handgun issued by a state or a political subdivision subject to the provisions and limitations set forth in section six-a of this article;

(7) Any federal law-enforcement officer or federal police officer authorized to carry a weapon in the performance of the officer's duty;

(8) Any Hatfield-McCoy Regional Recreation Authority Ranger while the ranger is on duty; and

(9) Any parole officer appointed pursuant to section fourteen, article twelve, chapter sixty-two of this code in the performance of their duties.

(b) On and after July 1, 2013, the following judicial officers and prosecutors and staff shall be exempted from paying any application fees or licensure fees required under this article. However, on and after that same date, they shall be required to make application and satisfy all licensure and handgun safety and training requirements set forth in section four of this article before carrying a concealed handgun in this state:

(1) Any justice of the Supreme Court of Appeals of West Virginia;

(2) Any circuit judge;

(3) Any retired justice or retired circuit judge designated senior status by the Supreme Court of Appeals of West Virginia;

(4) Any family court judge;

(5) Any magistrate;

(6) Any prosecuting attorney;

(7) Any assistant prosecuting attorney; or

(8) Any duly appointed investigator employed by a prosecuting attorney. **§61-7-6a. Reciprocity and recognition; out-**

AFFIDAVIT EXHIBIT C

of-state concealed handgun permits.

(a) A valid out-of-state permit or license to possess or carry a handgun is valid in this state for the carrying of a concealed handgun, if the following conditions are met:

(1) The permit or license holder is twenty-one years of age or older;

(2) The permit or license is in his or her immediate possession;

(3) The permit or license holder is not a resident of the State of West Virginia; and

(4) The Attorney General has been notified by the Governor of the other state that the other state allows residents of West Virginia who are licensed in West Virginia to carry a concealed handgun to carry a concealed handgun in that state or the Attorney General has entered into a written reciprocity agreement with the appropriate official of the other state whereby the state agrees to honor West Virginia concealed handgun licenses in return for same treatment in this state.

(b) A holder of a valid permit or license from another state who is authorized to carry a concealed handgun in this state pursuant to provisions of this section is subject to the same laws and restrictions with respect to carrying a concealed handgun as a resident of West Virginia who is so permitted and must carry the concealed handgun in compliance with the laws of this state.

(c) A license or permit from another state is not valid in this state if the holder is or becomes prohibited by law from possessing a firearm.

(d) The West Virginia Attorney General shall seek to obtain recognition of West Virginia concealed handgun licenses and enter into and execute reciprocity agreements on behalf of the State of West Virginia with states for the recognition of concealed handgun permits issued pursuant to this article.

(e) The West Virginia State Police shall maintain a registry of states with which the State of West Virginia has entered into reciprocity agreements or which recognize West Virginia concealed handgun licenses on the criminal information network and make the registry available to law-enforcement officers for investigative purposes.

(f) Every twelve months after the effective date of this section, the West Virginia Attorney General shall make written inquiry of the concealed handgun licensing or permitting authorities in each other state as to: (i) Whether a West Virginia resident may carry a concealed handgun in their state based upon having a valid West Virginia concealed handgun permit; and (ii) whether a West Virginia resident may carry a concealed handgun in that state based upon having a valid West Virginia concealed handgun permit, pursuant to the laws of that state or by the execution of a valid reciprocity agreement between the states.

(g) The West Virginia State Police shall make available to the public a list of states which have entered into reciprocity agreements with the State of West Virginia or that allow residents of West Virginia who are licensed in West Virginia to carry a concealed handgun to carry a concealed handgun in that state. **§61-7-7. Persons prohibited from possessing firearms; classifications; reinstatement of rights to possess; offenses; penalties.**

(a) Except as provided in this section, no person shall possess a firearm, as such is defined in section two of this article, who:

(1) Has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year;

(2) Is habitually addicted to alcohol;

(3) Is an unlawful user of or habitually addicted to any controlled substance;

AFFIDAVIT EXHIBIT C

(4) Has been adjudicated to be mentally incompetent or who has been involuntarily committed to a mental institution pursuant to the provisions of chapter twenty-seven of this code or in similar law of another jurisdiction: *Provided*, That once an individual has been adjudicated as a mental defective or involuntarily committed to a mental institution, he or she shall be duly notified that they are to immediately surrender any firearms in their ownership or possession: *Provided, however*, That the mental hygiene commissioner or circuit judge shall first make a determination of the appropriate public or private individual or entity to act as conservator for the surrendered property;

(5) Is an alien illegally or unlawfully in the United States;

(6) Has been discharged from the armed forces under dishonorable conditions;

(7) Is subject to a domestic violence protective order that:

(A) Was issued after a hearing of which such person received actual notice and at which such person had an opportunity to participate;

(B) Restrains such person from harassing, stalking or threatening an intimate partner of such person or child of such intimate partner or person, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner or child; and

(C)(i) Includes a finding that such person represents a credible threat to the physical safety of such intimate partner or child; or

(ii) By its terms explicitly prohibits the use, attempted use or threatened use of physical force against such intimate partner or child that would reasonably be expected to cause bodily injury; or

(8) Has been convicted of a misdemeanor offense of assault or battery either under the provisions of section twenty-eight, article two of this chapter or the provisions of subsection (b) or (c), section nine of said article or a federal or state statute with the same essential elements in which the victim was a current or former spouse, current or former sexual or intimate partner, person with whom the defendant has a child in common, person with whom the defendant cohabits or has cohabited, a parent or guardian, the defendant's child or ward or a member of the defendant's household at the time of the offense or has been convicted in any court of any jurisdiction of a comparable misdemeanor crime of domestic violence.

Any person who violates the provisions of this subsection shall be guilty of a misdemeanor and, upon conviction thereof, shall be fined not less than $100 nor more than $1,000 or confined in the county jail for not less than ninety days nor more than one year, or both.

(b) Notwithstanding the provisions of subsection (a) of this section, any person:

(1) Who has been convicted in this state or any other jurisdiction of a felony crime of violence against the person of another or of a felony sexual offense; or

(2) Who has been convicted in this state or any other jurisdiction of a felony controlled substance offense involving a Schedule I controlled substance other than marijuana, a Schedule II or a Schedule III controlled substance as such are defined in sections two hundred four, two hundred five and two hundred six, article two, chapter sixty-a of this code and who possesses a firearm as such is defined in section two of this article shall be guilty of a felony and, upon conviction thereof, shall be confined in a state correctional facility for not more than five years or fined not more than $5,000, or both. The provisions of subsection (c) of this section shall not apply to persons convicted of offenses referred to in this subsection or to persons convicted of a violation of this subsection.

(c) Any person prohibited from possessing a firearm by the provisions of subsection (a) of this section may petition the

AFFIDAVIT EXHIBIT C

circuit court of the county in which he or she resides to regain the ability to possess a firearm and if the court finds by clear and convincing evidence that the person is competent and capable of exercising the responsibility concomitant with the possession of a firearm, the court may enter an order allowing the person to possess a firearm if such possession would not violate any federal law: *Provided,* That a person prohibited from possessing a firearm by the provisions of subdivision (4), subsection (a) of this section may petition to regain the ability to possess a firearm in accordance with the provisions of section five, article seven-a of this chapter.

(d) Any person who has been convicted of an offense which disqualifies him or her from possessing a firearm by virtue of a criminal conviction whose conviction was expunged or set aside or who subsequent thereto receives an unconditional pardon for said offense shall not be prohibited from possessing a firearm by the provisions of the section. **§61-7-8. Possession of deadly weapons by minors; prohibitions.**
Notwithstanding any other provision of this article to the contrary, a person under the age of eighteen years who is not married or otherwise emancipated shall not possess or carry concealed or openly any deadly weapon: *Provided,* That a minor may possess a firearm upon premises owned by said minor or his family or on the premises of another with the permission of his or her parent or guardian and in the case of property other than his or her own or that of his family, with the permission of the owner or lessee of such property: *Provided, however,* That nothing in this section shall prohibit a minor from possessing a firearm while hunting in a lawful manner or while traveling from a place where he or she may lawfully possess a deadly weapon, to a hunting site, and returning to a place where he or she may lawfully possess such weapon.

A violation of this section by a person under the age of eighteen years shall subject the child to the jurisdiction of the circuit court under the provisions of article five, chapter forty-nine of this code, and such minor may be proceeded against in the same manner as if he or she had committed an act which if committed by an adult would be a crime, and may be adjudicated delinquent.

### §61-7-9. Possession of machine guns, penalties.
It shall be unlawful for any person to carry, transport, or have in his possession, any machine gun, submachine gun, or any other fully automatic weapon unless he or she has fully complied with applicable federal statutes and all applicable rules and regulations of the secretary of the treasury of the United States relating to such firearms.

Any person who violates the provision of this section shall be guilty of a misdemeanor, and, upon conviction thereof, shall be fined not less than one thousand dollars nor more than five thousand dollars, or shall be confined in the county jail for not less than ninety days, or more than one year, or both.

### §61-7-10. Display of deadly weapons for sale or hire; sale to prohibited persons; penalties.
(a) A person may not publicly display and offer for rent or sale, or, where the person is other than a natural person, knowingly permit an employee thereof to publicly display and offer for rent or sale, to any passersby on any street, road or alley, any deadly weapon, machine gun, submachine gun or other fully automatic weapon, any rifle, shotgun or ammunition for same.

(b) Any person who violates the provisions of subsections (a) or (c) of this section shall be guilty of a misdemeanor, and, upon conviction thereof, shall be fined not more than $5,000 or shall be confined in the county jail for not more than one year, or both fined and confined, except that where the person violating the provisions of said subsections is other than a natural person, such person shall be fined not more than $10,000.

(c) A person may not knowingly sell, rent, give or lend, or, where the person is other than a natural person, knowingly permit an employee thereof to knowingly sell, rent, give or lend, any deadly weapon other than a firearm to a person prohibited from possessing a deadly weapon other than a firearm by any provision of this article.

(d) a person may not knowingly sell, rent, give or lend, or where the person is other than a natural person, knowingly permit an employee thereof to knowingly sell, rent give or lend a firearm or ammunition to a person prohibited by any provision of

AFFIDAVIT EXHIBIT C

this article or the provisions of 18 U.S.C. §922.

(e) Any person who violates any of the provisions of subsection (d) of this section is guilty of a felony, and, upon conviction thereof, shall be fined not more than $100,000 imprisoned in a state correctional facility for a definite term of years of not less than three years nor more than ten years, or both fined and imprisoned, except that where the person committing an offense punishable under this subsection is other than a natural person, such person shall be fined not more than $250,000.

(f) Any person who knowingly solicits, persuades, encourages or entices a licensed dealer or private seller of firearms or ammunition to transfer a firearm or ammunition under circumstances which the person knows would violate the laws of this state or the United States is guilty of a felony. Any person who willfully procures another to engage in conduct prohibited by this subsection shall be punished as a principal. This subsection does not apply to a law-enforcement officer acting in his or her official capacity. Any person who violates the provisions of this subsection is guilty of a felony, and upon conviction thereof, shall be fined not more than $5,000, imprisoned in a state correctional facility for a definite term or not less than one year nor more than five years, or both fined and imprisoned.

§61-7-11. Brandishing deadly weapons; threatening or causing breach of the peace; criminal penalties.
It shall be unlawful for any person armed with a firearm or other deadly weapon, whether licensed to carry the same or not, to carry, brandish or use such weapon in a way or manner to cause, or threaten, a breach of the peace. Any person violating this section shall be guilty of a misdemeanor, and, upon conviction thereof, shall be fined not less than fifty nor more than one thousand dollars, or shall be confined in the county jail not less than ninety days nor more than one year, or both.

§61-7-11a. Possessing deadly weapons on premises of educational facilities; reports by school principals; suspension of driver's license; possessing deadly weapons on premises housing courts of law and in offices of family law master.

(a) The Legislature hereby finds that the safety and welfare of the citizens of this state are inextricably dependent upon assurances of safety for children attending and persons employed by schools in this state and for persons employed by the judicial department of this state. It is for the purpose of providing assurances of safety that subsections (b), (g) and (h) of this section are enacted as a reasonable regulation of the manner in which citizens may exercise the rights accorded to them pursuant to section twenty-two, article three of the Constitution of the State of West Virginia.

(b) (1) It is unlawful for a person to possess a firearm or other deadly weapon on a school bus as defined in section one, article one, chapter seventeen-a of this code, or in or on a public or private primary or secondary education building, structure, facility or grounds including a vocational education building, structure, facility or grounds where secondary vocational education programs are conducted or at a school-sponsored function.

(2) This subsection does not apply to:

(A) A law-enforcement officer acting in his or her official capacity;

(B) A person specifically authorized by the board of education of the county or principal of the school where the property is located to conduct programs with valid educational purposes;

(C) A person who, as otherwise permitted by the provisions of this article, possesses an unloaded firearm or deadly weapon in a motor vehicle or leaves an unloaded firearm or deadly weapon in a locked motor vehicle;

(D) Programs or raffles conducted with the approval of the county board of education or school which include the display of unloaded firearms;

(E) The official mascot of West Virginia University, commonly known as the Mountaineer, acting in his or her official capacity; or

AFFIDAVIT EXHIBIT C

(F) The official mascot of Parkersburg South High School, commonly known as the Patriot, acting in his or her official capacity.

(3) A person violating this subsection is guilty of a felony and, upon conviction thereof, shall be imprisoned in a state correctional facility for a definite term of years of not less than two years nor more than ten years, or fined not more than $5,000, or both.

(c) It is the duty of the principal of each school subject to the authority of the State Board of Education to report a violation of subsection (b) of this section discovered by the principal to the State Superintendent of Schools within seventy-two hours after the violation occurs. The State Board of Education shall keep and maintain these reports and may prescribe rules establishing policy and procedures for the making and delivery of the reports as required by this subsection. In addition, it is the duty of the principal of each school subject to the authority of the State Board of Education to report a violation of subsection (b) of this section discovered by the principal to the appropriate local office of the Division of Public Safety within seventy-two hours after the violation occurs.

(d) In addition to the methods of disposition provided by article five, chapter forty-nine of this code, a court which adjudicates a person who is fourteen years of age or older as delinquent for a violation of subsection (b) of this section may, in its discretion, order the Division of Motor Vehicles to suspend a driver's license or instruction permit issued to the person for a period of time as the court considers appropriate, not to extend beyond the person's nineteenth birthday. Where the person has not been issued a driver's license or instruction permit by this state, a court may order the Division of Motor Vehicles to deny the person's application for a license or permit for a period of time as the court considers appropriate, not to extend beyond the person's nineteenth birthday. A suspension ordered by the court pursuant to this subsection is effective upon the date of entry of the order. Where the court orders the suspension of a driver's license or instruction permit pursuant to this subsection, the court shall confiscate any driver's license or instruction permit in the adjudicated person's possession and forward to the Division of Motor Vehicles.

(e) (1) If a person eighteen years of age or older is convicted of violating subsection (b) of this section, and if the person does not act to appeal the conviction within the time periods described in subdivision (2) of this subsection, the person's license or privilege to operate a motor vehicle in this state shall be revoked in accordance with the provisions of this section.

(2) The clerk of the court in which the person is convicted as described in subdivision (1) of this subsection shall forward to the commissioner a transcript of the judgment of conviction. If the conviction is the judgment of a magistrate court, the magistrate court clerk shall forward the transcript when the person convicted has not requested an appeal within twenty days of the sentencing for the conviction. If the conviction is the judgment of a circuit court, the circuit clerk shall forward a transcript of the judgment of conviction when the person convicted has not filed a notice of intent to file a petition for appeal or writ of error within thirty days after the judgment was entered.

(3) If, upon examination of the transcript of the judgment of conviction, the commissioner determines that the person was convicted as described in subdivision (1) of this subsection, the commissioner shall make and enter an order revoking the person's license or privilege to operate a motor vehicle in this state for a period of one year or, in the event the person is a student enrolled in a secondary school, for a period of one year or until the person's twentieth birthday, whichever is the greater period. The order shall contain the reasons for the revocation and the revocation period. The order of suspension shall advise the person that because of the receipt of the court's transcript, a presumption exists that the person named in the order of suspension is the same person named in the transcript. The commissioner may grant an administrative hearing which substantially complies with the requirements of the provisions of section two, article five-a, chapter seventeen-c of this code upon a preliminary showing that a possibility exists that the person named in the notice of conviction is not the same person whose license is being suspended. The request for hearing shall be made within ten days after receipt of a copy of the order of suspension. The sole purpose of this hearing is for the person requesting the hearing to present evidence that he or she is not the person named in the notice. If the commissioner grants an administrative hearing, the commissioner

AFFIDAVIT EXHIBIT C

shall stay the license suspension pending the commissioner's order resulting from the hearing.

(4) For the purposes of this subsection, a person is convicted when such person enters a plea of guilty or is found guilty by a court or jury.

(f) (1) It is unlawful for a parent, guardian or custodian of a person less than eighteen years of age who knows that the person is in violation of subsection (b) of this section or has reasonable cause to believe that the person's violation of subsection (b) is imminent, to fail to immediately report his or her knowledge or belief to the appropriate school or law-enforcement officials.

(2) A person violating this subsection is guilty of a misdemeanor and, upon conviction thereof, shall be fined not more than $1,000, or shall be confined in jail not more than one year, or both.

(g) (1) It is unlawful for a person to possess a firearm or other deadly weapon on the premises of a court of law, including family courts.

(2) This subsection does not apply to:

(A) A law-enforcement officer acting in his or her official capacity; and

(B) A person exempted from the provisions of this subsection by order of record entered by a court with jurisdiction over the premises or offices.

(3) A person violating this subsection is guilty of a misdemeanor and, upon conviction thereof, shall be fined not more than $1,000, or shall be confined in jail not more than one year, or both.

(h) (1) It is unlawful for a person to possess a firearm or other deadly weapon on the premises of a court of law, including family courts, with the intent to commit a crime.

(2) A person violating this subsection is guilty of a felony and, upon conviction thereof, shall be imprisoned in a state correctional facility for a definite term of years of not less than two years nor more than ten years, or fined not more than $5,000, or both.

(i) Nothing in this section may be construed to be in conflict with the provisions of federal law. **§61-7-12. Wanton endangerment involving a firearm.**
Any person who wantonly performs any act with a firearm which creates a substantial risk of death or serious bodily injury to another shall be guilty of a felony, and, upon conviction thereof, shall be confined in the penitentiary for a definite term of years of not less than one year nor more than five years, or, in the discretion of the court, confined in the county jail for not more than one year, or fined not less than two hundred fifty dollars nor more than two thousand five hundred dollars, or both.

For purposes of this section, the term "firearm" shall have the same meaning ascribed to such term as set forth in section two of this article.

**§61-7-13.**
Repealed.

Acts, 1990 Reg. Sess., Ch. 148.

### §61-7-14. Right of certain persons to limit possession of firearms on premises.
Notwithstanding the provisions of this article, any owner, lessee or other person charged with the care, custody and control of real property may prohibit the carrying openly or concealed of any firearm or deadly weapon on property under his or her

AFFIDAVIT EXHIBIT C

domain: *Provided,* That for purposes of this section "person" means an individual or any entity which may acquire title to real property.

Any person carrying or possessing a firearm or other deadly weapon on the property of another who refuses to temporarily relinquish possession of such firearm or other deadly weapon, upon being requested to do so, or to leave such premises, while in possession of such firearm or other deadly weapon, shall be guilty of a misdemeanor, and, upon conviction thereof, shall be fined not more than one thousand dollars or confined in the county jail not more than six months, or both: *Provided,* That the provisions of this section shall not apply to those persons set forth in subsections (3) through (6) of section six of this code while such persons are acting in an official capacity: *Provided, however,* That under no circumstances may any person possess or carry or cause the possession or carrying of any firearm or other deadly weapon on the premises of any primary or secondary educational facility in this state unless such person is a law-enforcement officer or he or she has the express written permission of the county school superintendent.

### §61-7-15. Persons prohibited from committing violent crime while wearing body armor; penalties.
(a) A person who wears or is otherwise equipped with body armor while committing a felony offense, an element of which is force, the threat of force, physical harm to another or the use or presentment of a firearm or other deadly weapon, is guilty of a felony and, upon conviction thereof, shall be confined in a correctional facility for not less than two nor more than ten years or fined not more than ten thousand dollars, or both.

(b) As used in this section, "body armor" means a jacket, vest, or other similar apparel or device constructed to provide ballistic resistance to penetration and deformation and intended to protect the human torso against gunfire. The term may include, but is not limited to, apparel that incorporates inserts, or variations in construction of the ballistic panel over small areas of the torso, for the purpose of increasing the basic level of protection of the armor (whether ballistic or blunt trauma) on localized areas. Body armor may be constructed of Kevlar or other similar fabric and may be reinforced with other materials. Body armor may incorporate "threat" or "trauma" plates (which are inserts that fit into the vest that will stop more powerful rounds) or may, as "threat armor", incorporate hard panels.

*Note: WV Code updated with legislation passed through the 2013 1st Special Session*
*The WV Code Online is an unofficial copy of the annotated WV Code, provided as a convenience. It has NOT been edited for publication, and is not in any way official or authoritative.*

AFFIDAVIT EXHIBIT C

Please return by November 22, 2013



| Yes | No | | |
|---|---|---|---|
| ☒ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☒ | ☐ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☒ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☒ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☒ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☒ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |
| | | | If yes, what is the effective date? _____ Please provide a copy of the legislative language. |

s/Thomas Bellavia

**Name**

Assistant Attorney General
**Title**

11/22/2013
**Date**

608-266-8690
**Telephone**

Wisconsin Department of Justice
**State Agency Department**

P.O. Box 7857
**Address**

Madison, WI 53707-7857
**City, State, Zip**

bellaviatc@doj.state.wi.us
**Email**

AFFIDAVIT EXHIBIT C



Fw: Concealed carry reciprocity questionnaire
Jessica Trame
to:
Peggy Thompson
11/24/2013 06:13 PM
Hide Details
From: Jessica Trame/IlStPolice
To: "Peggy Thompson" <￣         ￣         ￣

1 Attachment



2013 11-22 Completed Form.pdf

Please print.
--------------------------
Jessica Trame
Bureau Chief, Firearm Services Bureau
Illinois State Police
217.782.5015

---

From: "Bellavia, Thomas C." |
Sent: 11/24/2013 04:09 PM CST
To: "'Jessica.Trame@isp.state.il.us'"
Subject: Concealed carry reciprocity questionnaire

Dear Ms. Trame:

On October 30, 2013, Illinois State Police ("ISP") Director Hiram Grau sent to Wisconsin Attorney General J.B.
Van Hollen a letter requesting information related to potential concealed carry reciprocity between Illinois and
Wisconsin. Accompanying the letter was a response form, which I have been asked to complete and return to
the ISP. Your name and email address were provided as ISP contact regarding this matter.

Please find attached to this email a scanned version of the completed response form. The original hard copy of
the completed form will be sent out via regular mail early this coming week.

Thank you for your attention to this matter.
Thomas C. Bellavia
Assistant Attorney General
Wisconsin Department of Justice
608/266-8690

FAX 608/267-2223

**IMPORTANT NOTICE:** This communication, along with any attachments, may contain confidential
attorney work product and/or confidential information protected by the attorney-client privilege. This
material is not intended for transmission to, or receipt by, any unauthorized persons. If you are not the
intended recipient, please reply to the sender that have you have received this message in error and then
delete it.

AFFIDAVIT EXHIBIT C



**STATE OF WISCONSIN**
**DEPARTMENT OF JUSTICE**

RECEIVED

DEC  4 2013

Firearms Services Bureau
Illinois State Police

J.B. VAN HOLLEN
ATTORNEY GENERAL

Kevin M. St. John
Deputy Attorney General

17 W. Main Street
P.O. Box 7857
Madison, WI  53707-7857
www.doj.state.wi.us

Thomas C. Bellavia
Assistant Attorney General
608/266-8690
bellaviatc@doj.state.wi.us
FAX 608/267-2223

December 2, 2013

Mr. Hiram Grau
Director
Illinois State Police
Post Office Box 19461
Springfield, IL  62794-9461

Dear Mr. Grau:

On October 30, 2013, you sent to Wisconsin Attorney General J.B. Van Hollen a letter and questionnaire seeking information related to potential concealed carry reciprocity between Illinois and Wisconsin. You will please find enclosed a completed copy of the questionnaire. A copy of the completed questionnaire has also been sent via email to Bureau Chief Jessica Trame.

Please feel free to contact me if I may be of further assistance. Thank you for your attention to this matter.

Sincerely,

s/Thomas C. Bellavia

Thomas C. Bellavia
Assistant Attorney General

TCB:khc

Enclosure

c:      Jessica Trame (via email)

bellaviatc\ag correspondence\grau - Isis 131101006\2013 12-02 grau resp ltr.docx

AFFIDAVIT EXHIBIT C

Please return by November 22, 2013



RECEIVED

DEC   4 2013

Firearms Services Bureau
Illinois State Police

| Yes | No | | |
|-----|-----|---|---|
| ☒ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☒ | ☐ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☒ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☒ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☒ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☒ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |

If yes, what is the effective date? /_____/   Please provide a copy of the legislative language.

7.

s/Thomas C. Bellavia
Name

Assistant Attorney General
Title

11/22/2013
Date

608 - 266 - 8690
Telephone

Wisconsin Department of Justice
State Agency Department

P.O. Box 7857
Address

Madison, WI 53707-7857
City, State, Zip

bellaviatc@doj.state.wi.us
Email

AFFIDAVIT EXHIBIT C

<u>Please return by November 22, 2013</u>



RECEIVED

NOV 2 6 2013

Firearms Services Bureau
ILLINOIS STATE POLICE

| Yes | No | | |
|---|---|---|---|
| ☒ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☒ | ☐ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☒ | ☐ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☒ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☒ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☒ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |
| | | | If yes, what is the effective date? _____  Please provide a copy of the legislative language. |

s/Thomas C. Bellavia

**Name**

Assistant Attorney General
**Title**

11/22/2013
**Date**

608-266-8690
**Telephone**

Wisconsin Department of Justice
**State Agency Department**

P.O. Box 7857
**Address**

Madison, WI 53707-7857
**City, State, Zip**

bellaviatc@doj.state.wi.us
**Email**

AFFIDAVIT EXHIBIT C

Please return by November 22, 2013



RECEIVED

NOV 19 2013

Firearms Services Bureau
Illinois State Police

| Yes | No | | |
|-----|-----|-----|-----|
| ☑ | ☐ | 1. | Does your state issue a Concealed Carry License? |
| ☑ | ☐ | 2. | Does your state participate in reporting Concealed Carry Licenses via the National Law Enforcement Teletype System (NLETS)? |
| ☐ | ☑ | 3. | Does your state report all involuntary (or adjudicated) mental health admissions to the National Instant Criminal Background Check System (NICS)? |
| ☐ | ☑ | 4. | Does your state prohibit the use or possession of firearms based on a voluntary mental health admission within the last five years? |
| ☐ | ☑ | 5. | Does your state have a mechanism to track or report voluntary mental health admissions for the purpose of revoking or approving a concealed carry license? |
| ☐ | ☑ | 6. | If you answered "No" to questions 4 or 5, is there pending legislation that addresses the concern of mental health admissions with regards to possession of firearms? |
| | | | If yes, what is the effective date? _____ Please provide a copy of the legislative language. |

s/Christoper Lynch

**Name**

_Criminal Records Analyst_
**Title**

_11/12/2013_
**Date**

_(307) 777-5369_
**Telephone**

_Wyoming Division Criminal Inv._
**State Agency Department**

_208 South College Dr._
**Address**

_Cheyenne WY 82002-0150_
**City, State, Zip**

_Christopher.lynch@wyo.gov_
**Email**

AFFIDAVIT EXHIBIT C

| State | Substantially Similar | Regulates Who May Carry Firearms In Public | Reports Persons Authorized to Carry Firearms through Nlets- National Law Enforcement Telecommunications System | Reports Denied Persons to NICS- National Instant Criminal Background Check System | Prohibits Voluntary Mental Health Admission Last 5 Years | Prohibits All Involuntary Mental Health Admissions |
|---|---|---|---|---|---|---|
| ALABAMA | | ✓ | | ✓ | | ✓ |
| ALASKA | | ✓ | ✓ | ✓ | | |
| ARIZONA | | ✓ | ✓ | ✓ | | ✓ |
| ARKANSAS | | ✓ | | ✓ | ✓ | ✓ |
| CALIFORNIA | | ✓ | | ✓ | ✓ | ✓ |
| COLORADO | *no response* | | | | | |
| CONNECTICUT | | ✓ | | ✓ | | ✓ |
| DELAWARE | | ✓ | | ✓ | | |
| FLORIDA | | ✓ | ✓ | ✓ | | ✓ |
| GEORGIA | | ✓ | | ✓ | | ✓ |
| HAWAII | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| IDAHO | | ✓ | ✓ | ✓ | | ✓ |
| INDIANA | | ✓ | ✓ | ✓ | | ✓ |
| IOWA | | ✓ | | ✓ | | |
| KANSAS | | ✓ | ✓ | ✓ | | ✓ |
| KENTUCKY | | ✓ | ✓ | | | |
| LOUISIANA | | ✓ | ✓ | | | |
| MAINE | *no response* | | | | | |
| MARYLAND | *no response* | | | | | |
| MASSACHUSETTS | *no response* | | | | | |
| MICHIGAN | | ✓ | ✓ | ✓ | | ✓ |
| MINNESOTA | | ✓ | | | | |
| MISSISSIPPI | | ✓ | | ✓ | ✓ | ✓ |
| MISSOURI | | ✓ | | ✓ | | ✓ |
| MONTANA | | ✓ | ✓ | | | |
| NEBRASKA | | ✓ | ✓ | ✓ | | ✓ |
| NEVADA | *no response* | | | | | |
| NEW HAMPSHIRE | | ✓ | | | | |
| NEW JERSEY | | ✓ | | ✓ | | ✓ |
| NEW MEXICO | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| NEW YORK | | ✓ | | ✓ | | ✓ |
| NORTH CAROLINA | | ✓ | | ✓ | | ✓ |
| NORTH DAKOTA | | ✓ | ✓ | ✓ | | ✓ |
| OHIO | | ✓ | ✓ | ✓ | | ✓ |
| OKLAHOMA | | ✓ | ✓ | | | |
| OREGON | | ✓ | | ✓ | | ✓ |
| PENNSYLAVNIA | *no response* | | | | | |
| RHODE ISLAND | *no response* | | | | | |
| SOUTH CAROLINA | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| SOUTH DAKOTA | | ✓ | ✓ | | | |

AFFIDAVIT EXHIBIT D

| State | Substantially Similar | Regulates Who May Carry Firearms In Public | Reports Persons Authorized to Carry Firearms through Nlets-National Law Enforcement Telecommunications System | Reports Denied Persons to NICS- National Instant Criminal Background Check System | Prohibit Voluntary Mental Health Admission Last 5 Years | Prohibit All Involuntary Mental Health Admissions |
|---|---|---|---|---|---|---|
| TENNESEE | | ✓ | ✓ | | | ✓ |
| TEXAS | | ✓ | ✓ | ✓ | | ✓ |
| UTAH | | ✓ | | ✓ | | ✓ |
| VERMONT | | ✓ | | ✓ | | ✓ |
| **VIRGINIA** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| WASHINGTON | | ✓ | ✓ | ✓ | | ✓ |
| WASHINGTON D.C. | | | | ✓ | ✓ | ✓ |
| WEST VIRGINIA | | ✓ | | ✓ | | ✓ |
| WISCONSIN | | ✓ | ✓ | ✓ | | ✓ |
| WYOMING | | ✓ | ✓ | | | |

*Revised: August 28, 2014*

AFFIDAVIT EXHIBIT D