E-FILED
Tuesday, 08 December, 2015  09:08:39 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| KEVIN W. CULP, MARLOW DAVIS, | ) | |
| FREDDIE REED-DAVIS, | ) | |
| DOUGLAS W. ZYLSTRA, | ) | |
| JOHN S. KOLLER, STEVE STEVENSON, | ) | |
| PAUL HESLIN, MARLIN MANGELS, | ) | |
| JEANELLE WESTROM, | ) | |
| SECOND AMENDMENT FOUNDATION, | ) | |
| INC., ILLINOIS CARRY and | ) | |
| ILLINOIS STATE RIFLE ASSOCIATION, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 3:14-CV-3320-SEM-TSH |
| | ) | |
| LISA MADIGAN, in her Official Capacity | ) | |
| as Attorney General of the State of Illinois; | ) | |
| HIRAM GRAU, in his Official Capacity as | ) | |
| Director of the Illinois State Police, and | ) | |
| JESSICA TRAME, as Bureau Chief of the | ) | |
| Illinois State Police Firearms Services | ) | |
| Bureau, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Plaintiffs, KEVIN W. CULP, MARLOW DAVIS, FREDDIE REED-DAVIS, DOUGLAS W. ZYLSTRA, JOHN S. KOLLER, STEVE STEVENSON, PAUL HESLIN, MARLIN MANGELS, JEANELLE WESTROM, SECOND AMENDMENT FOUNDATION, INC., ILLINOIS CARRY and ILLINOIS STATE RIFLE ASSOCIATION, do hereby appeal to the United States Court of Appeals for the Seventh Circuit from the decision of this Court entered on December 7, 2015, that denied Plaintiffs' Motion for a Preliminary Injunction (Dkt. #29).

By: _____/s/ David G. Sigale_____
David G. Sigale
Attorney for Plaintiffs

LAW FIRM OF DAVID G. SIGALE, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
630.452.4547
dsigale@sigalelaw.com