# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### OFFICE OF THE CLERK

**KENNETH A. WELLS**
CLERK OF COURT

TEL: 217.492.4020
FAX: 217.492.4028

## RECORD TRANSMITTAL LETTER

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals for the Seventh Circuit
219 South Dearborn Street
Room 2722
Chicago, IL  60604

RE:  Culp v Madigan et al
U.S.D.C. Docket No.: 14-3320
U.S.C.A. Docket No.: 15-3738

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

| | |
|---|---|
| 1 | Volume of Pleadings<br>[ x   electronic via e-mail, or ___CD Rom via UPS] |
| 1 | Volume of Transcripts<br>[ x   electronic via e-mail, or ___CD Rom via UPS] |
|   | Volume of Sealed Documents<br>[___electronic via e-mail, or ___CD Rom via UPS] |
|   | Volume of Exhibits<br>[ ___electronic via e-mail, or ___ CD Rom via UPS]<br>(see attached highlighted exhibit list for exhibits sent to USCA via UPS) |

Please acknowledge receipt of the above mentioned materials.

Very truly yours,

KENNETH A. WELLS
CLERK U.S. DISTRICT COURT

Peoria Division
100 N.E. Monroe St.
Room 309
Peoria, IL 61602
309.671.7117

Urbana Division
201 S. Vine St.
Room 218
Urbana, IL 61802
217.373.5830

Springfield Division
600 E. Monroe St.
Room 151
Springfield, IL 62701
217.492.4020

Rock Island Division
211 19th St.
Room 203
Rock Island, IL 61201
309.793.5778

I, KENNETH A. WELLS, Clerk of the United States District Court for the Central District of Illinois, do hereby certify the following to be the true and complete record of the original proceedings filed in my office in the matter of:

RE: Culp v Madigan et al
U.S.D.C. Docket No.: 14-3320
U.S.C.A. Docket No.: 15-3738

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the aforesaid court at Springfield, IL

this 29th         day of July.

KENNETH A. WELLS
CLERK U.S. DISTRICT COURT