# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### OFFICE OF THE CLERK

**KENNETH A. WELLS**
CLERK OF COURT

TEL: 217.492.4020
FAX: 217.492.4028

## RECORD TRANSMITTAL LETTER

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals for the Seventh Circuit
219 South Dearborn Street
Room 2722
Chicago, IL  60604

RE:  Culp v Madigan et al
U.S.D.C. Docket No.: 14-3320
U.S.C.A. Docket No.: 15-3738

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

| | |
|---|---|
| 1 | Volume of Pleadings<br>[ x  electronic via e-mail, or ___CD Rom via UPS] |
| 1 | Volume of Transcripts<br>[ x  electronic via e-mail, or ___CD Rom via UPS] |
| | Volume of Sealed Documents<br>[___electronic via e-mail, or ___CD Rom via UPS] |
| | Volume of Exhibits<br>[ ___electronic via e-mail, or ___ CD Rom via UPS]<br>(see attached highlighted exhibit list for exhibits sent to USCA via UPS) |

Please acknowledge receipt of the above mentioned materials.

Very truly yours,

KENNETH A. WELLS
CLERK U.S. DISTRICT COURT

I, KENNETH A. WELLS, Clerk of the United States District Court for the Central District of Illinois, do hereby certify the following to be the true and complete record of the original proceedings filed in my office in the matter of:

RE: Culp v Madigan et al
U.S.D.C. Docket No.: 14-3320
U.S.C.A. Docket No.: 15-3738

        IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the aforesaid court at Springfield, IL this 29th day of July.

KENNETH A. WELLS
CLERK U.S. DISTRICT COURT